UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) </br> ) </br> Avery Bradley Green, ) </br>  ) </br> Debtor. ) </br> ) | Case No. B-17-11043  C-7G |

## REPORT OF SALE

Everett B. Saslow, Jr., Trustee in this case, reports to the Court as follows:

1. A Motion to Sell Evergreen Real Property at Private Sale and to Transfer Liens and Interests to Proceeds of Sale and to Pay Real Estate Broker and Certain Liens and Costs (20513 US Hwy 301, St. Pauls, NC) (Doc 103) was filed with the Court on April 20, 2018. The Court entered the Order granting the motion (Doc 126) on July 2, 2018.

2. Closing was delayed because of buyer's travel, hurricanes, and flooding. Pursuant to the Motion and the Order referenced in the preceding paragraph, the private sale was closed on October 5, 2018.

3. The gross receipts from the sale were $275,000.00. The Trustee received a proceeds check for $58,248.86.

4. The closing agent for the sale was attorney George D. Regan. The closing attorney disbursed from sales proceeds at closing a realtors commission in the amount of $19,250.00, ad valorem taxes in the sum of $27,108.38, a release fee to Palm Avenue Hialeah Trust in the amount of $166,727.65, two checks payable to creditors of the Estate of Zeddie Green in the sum of $3,115.11, and excise taxes (tax stamps) of $550.00.

This the 24th day of October, 2018.

 s/ Everett B. Saslow, Jr.
Everett B. Saslow, Jr., Trustee
N.C. State Bar No. 7301

OF COUNSEL:

HILL EVANS JORDAN & BEATTY
A Professional Limited Liability Company
Post Office Box 989
Greensboro, North Carolina 27402
Telephone:  (336) 379-1390