IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Avery Bradley Green, | ) | Case No. B-17-11043 C-7G |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Everett B. Saslow, Jr., Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. A-19-_____ G |
| | ) | |
| vs. | ) | |
| | ) | |
| CitiFinancial Servicing LLC; OneMain | ) | |
| Financial Group, LLC; William E. | ) | |
| McCormick; State of North Carolina; | ) | |
| and Department of the Treasury, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT REGARDING CERTAIN LIENS IN ROBESON COUNTY, NORTH CAROLINA

Everett B. Saslow, Jr., Trustee in the Chapter 7 bankruptcy case of Debtor Avery Bradley Green, by and through counsel, complaining of the Defendants CitiFinancial Servicing LLC; OneMain Financial Group, LLC; William E. McCormick; State of North Carolina; and Department of the Treasury, alleges and says as follows:

1.     On September 15, 2017, the bankruptcy debtor Avery Bradley Green ("Debtor") filed in the United States Bankruptcy Court for the Middle District of North Carolina, Greensboro Division ("Court") a voluntary petition under Chapter 11 of the United States Bankruptcy Code.  Everett B. Saslow, Jr. ("Trustee') was appointed as the Chapter 11 Trustee on January 17, 2018.  The Chapter 11 bankruptcy case converted to case under Chapter 7 on August 9, 2018, and Everett B. Saslow, Jr. is currently appointed and qualified as the Chapter 7 Trustee in the bankruptcy case.

2.     The Trustee is a party-in-interest with standing to bring this Adversary Proceeding.

3.     This proceeding is instituted pursuant to Bankruptcy Rule 7001, and the Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157.

4.      The Trustee is informed and believes, and therefore upon such information and belief alleges, that the defendant CitiFinancial Servicing LLC is a limited liability company authorized to do business in the State of North Carolina at relevant times and sometimes doing business under the name "CitiFinancial."

5.      The Trustee is informed and believes, and therefore upon such information and belief alleges, that the defendant OneMain Financial Group, LLC is a limited liability company authorized to do business in the State of North Carolina at relevant times and sometimes doing business under the name "OneMain Financial."

6.      The Trustee is informed and believes, and therefore upon such information and belief alleges, that the defendant William E. McCormick is a citizen and resident of Robeson County, North Carolina and is neither an infant or incompetent.

7.      The Trustee is informed and believes, and therefore upon such information and belief alleges, that the defendant State of North Carolina is a state.

8.      The Trustee is informed and believes, and therefore upon such information and belief alleges, that the defendant Department of the Treasury is an agency of the United States.

9.      Avery Bradley Green and Donald Reid Green inherited from their mother Zeddie B. Green all interests in real property and personal property owned by Zeddie B. Green as of the date of her death, with both Avery Bradley Green and Donald Reid Green entitled to an undivided 50% interest in all property owned by Zeddie B. Green as of the date of her death after payment of valid liens.

FIRST CLAIM FOR RELIEF

10.      The Trustee incorporates herein by reference all preceding paragraphs of this Complaint.

11.      Attached hereto as Exhibit 1 are copies of Magistrates Summons issued September 16, 2009 in case No. 9 CvM 02455 in the office of the Clerk of Superior Court of Robeson County, together with a copy of the Complaint For Money Owed as filed in that case, together with a copy of the Judgment in Action to Recover Money or Personal Property filed October 15, 2009 in the amount of $5,000 (the "CitiFinancial Judgment"). The CitiFinancial Judgment is against an individual named Donald Green, 330 Lamb Road, Unit 1, Lumberton, NC 28358.

12.      The Trustee is informed and believes that CitiFinancial did transfer or may have transferred the CitiFinancial Judgment to defendant OneMain Financial.

13.      The Trustee is informed and believes and therefore upon such information and belief alleges, that the defendant Donald Green in case No. 09 CvM 02455 is an individual different than Donald Reid Green who inherited from his mother's Zeddie B. Green all interest in real property owned by Zeddie B. Green as of the date of her death. Donald Reid Green currently is living in Hardee County, Florida. The docketing of the CitiFinancial Judgment in case No. 09 CvM 02455 in Robeson County, North Carolina does not create a judgment lien

against the interest in real estate owned by Donald Reid Green in Robeson County, North Carolina.

14.     The Trustee requests that the Court enter a Declaratory Judgment adjudging and decreeing that the CitiFinancial Judgment against Donald Green of 330 Lamb Road, Unit 1, Lumberton, NC 28358 does not create a lien against the interests in real estate in Robeson County owned by Donald Reid Green.

## SECOND CLAIM FOR RELIEF

15.     The Trustee incorporates herein by reference all preceding paragraphs of this Complaint.

16.     Attached hereto as Exhibit 2 is a copy of Notice of Federal Tax Lien filed  in the office of the Clerk of Superior Court of Robeson County as 18 M 00139 in the amount of $14,771.06 (the "IRS Notice").  The IRS Notice is against an individual named Donald Green, 330 Lamb Road, Lot 1, Lumberton, NC 28358-9328.

17.     The Trustee is informed and believes and therefore upon such information and belief alleges, that the Donald Green named in the IRS Notice is an individual different than Donald Reid Green who inherited from his mother Zeddie B. Green all interests in real property owned by Zeddie B. Green as of the date of her death.  Donald Reid Green currently is living in Hardee County, Florida.  The filing of the IRS Notice in Robeson County, North Carolina does not create a judgment lien against the interest in real estate owned by Donald Reid Green in Robeson County, North Carolina.

18.     The Trustee requests that the Court enter a Declaratory Judgment adjudging and decreeing that the IRS Notice against Donald Green of 330 Lamb Road, Lot 1, Lumberton, NC 28358 does not create a lien against the interests in real estate in Robeson County, North Carolina owned by Donald Reid Green.

## THIRD CLAIM FOR RELIEF

19.     The Trustee incorporates herein by reference all preceding paragraphs of this complaint.

20.     Attached hereto as Exhibit 3 are copies of a judgment from Robeson County in connection with case number 05 CRS 55737, being State of North Carolina vs. Donald Reid Green and including a bond forfeiture, with the judgment docketed on March 10, 2008 in the principal amount of $9,021.37 (the "State of North Carolina Judgment").  The State of North Carolina Judgment is disputed by the Trustee based upon the grounds that it appears that the ten year statute of limitations for enforcing judgments (N. C. G. S. §1-47(1)) applies to bar enforcement of the State of North Carolina Judgment.

21.     The Trustee requests that the Court enter a Declaratory Judgment providing that the State of North Carolina Judgment does not create a valid lied upon the ownership interests in real estate of Donald Reid Green.

3

<u>FOURTH CLAIM FOR RELIEF</u>

22.     The Trustee incorporates herein by reference all preceding paragraphs of this Complaint.

23.     Attached hereto as Exhibit 4 are copies from Robeson County of a judgment docketed on July 29, 2010 in the amount of $3,938.25 principal arising from the small claims action brought by William E. McCormick vs. Zeddie Green and identified as case number 10 CVM 1546 (the "McCormick Judgment"). The McCormick Judgment was appealed by Zeddie Green from small claims court to the District Court Division and was assigned case number 10 CVD 2247 in Robeson County. The plaintiff William E. McCormick gave notice of voluntary dismissal without prejudice filed September 13, 2010 in case number 10 CVD 2247. The Trustee contends that the McCormick Judgment docketed on July 29, 2010 in the amount of $3,938.25 is not a valid judgment lien because of the plaintiff's voluntary dismissal of the action during the pendency of the appeal.

24.     The Trustee requests that the Court enter a Declaratory Judgment providing that the McCormick Judgment does not create a valid lied upon the ownership interest in real estate of Zeddie B. Green or her heirs.

WHEREFORE, Everett B. Saslow, Jr., Chapter 7 Trustee, requests that the Court grant the following relief:

1.      That the Court order and adjudge that the CitiFinancial Judgment is not a judgment lien against ownership interests in real estate in Robeson County, North Carolina held by Donald Reid Green; and

2.      That the Court order and adjudge that the IRS Notice is not a judgment lien against ownership interests in real estate in Robeson County, North Carolina held by Donald Reid Green; and

3.      That the Court order and adjudge that the State of North Carolina Judgment is not an enforceable judgment lien against ownership interests in real estate in Robeson County, North Carolina held by Donald Reid Green; and

4.      That the Court order and adjudge that the McCormick Judgment is not a judgment lien against ownership interest in real estate in Robeson County, North Carolina held by Donald Reid Green or held by Avery Bradley Green as heirs of Zeddie B. Green; and

5.      That the Court tax the costs of this proceeding as may be appropriate; and

6.      That the Court grant to the Trustee such other and further relief as the Court deems just and proper.

This the 15th day of March, 2019.

<div style="margin-left: 50%;">

s/ Everett B. Saslow, Jr.
Everett B. Saslow, Jr.
N. C. State Bar No. 7301

s/Albert L. Saslow
Albert L. Saslow
N.C. State Bar No. 40051

</div>

OF COUNSEL:

HILL EVANS JORDAN & BEATTY
A Professional Limited Liability Company
Post Office Box 989
Greensboro, North Carolina 27402
Telephone:  (336) 379-1390

Exhibit 1

**STATE OF NORTH CAROLINA**

Robeson _____ County

*12/10385²*

File No. **9CVM02455**

In The General Court Of Justice
District Court Division-Small Claims

*Plaintiff(s)*

Citifinancial

**MAGISTRATE SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS**

**VERSUS**

G.S. 7A-217, -232; 1A-1, Rule 4

*Defendant(s)*

Donald Green

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

| TO: | TO: |
|---|---|
| *Name And Address Of Defendant 1*<br>Donald Green<br>330 Lamb Road Unit 1<br>Lumberton NC 28358 | *Name And Address Of Defendant 2* |

## A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

| *Date of Trial*<br>October 15, 2009 | *Time Of Trial*<br>9:00 ☑ AM ☐ PM | *Location Of Court*<br>4A Lumberton Courthouse |
|---|---|---|
| *Name And Address Of Plaintiff Or Plaintiff's Attorney*<br>Citifinancial<br>3217 Fayetteville Road<br>Lumberton NC 28357 | | *Date Issued*<br>September 16, 2009<br>*Signature*<br>G. Hazel Lesane<br>☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

AOC-CVM-100, Rev. 4/01
©2001 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| $9-18-09$ | $3:10$ | ☐ AM ☒ PM | Donald Green |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

*(stamp, partly illegible):* ROBESON COUNTY C.S.C. 2009 SEP 21 2:57

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| , | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

Address Of Premises Where Posted

| Service Fee | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | Roes S. Jackson |
| Date Received $9-18-09$ | Name Of Sheriff (Type Or Print) Kenneth Sealey |
| Date Of Return $9-21-09$ | County Of Sheriff Robeson |

File No. **9CVM02455**

## STATE OF NORTH CAROLINA

Robeson County

In The General Court Of Justice
District Court Division-Small Claims

**COMPLAINT
FOR MONEY OWED**

G.S. 7A-216, 7A-232

1. The defendant is a resident of the county named above.
2. The defendant owes me the amount listed for the following reason:

*Name And Address Of Plaintiff*

Citifinancial
3217 fayetteville Road

Lumberton nc 28358

| | | |
|---|---|---|
| Principal Amount Owed | $ | 5000.00 |
| Interest Owed *(if any)* | $ | 0 |
| Total Amount Owed | $ | 5000.00 |

*County* Robeson   *Telephone No.* 910-739-3366

**VERSUS**

*Name And Address Of Defendant 1*  ☐ Individual  ☐ Corporation

Donald Green
330 Lramb Road Unit 1

Lumberton nc 28358

*County,* Robeson   *Telephone No.* 910-474-9008

*Name And Address Of Defendant 2*  ☐ Individual  ☐ Corporation

*County*   *Telephone No.*

*Name And Address Of Plaintiff's Attorney*

Citifinancial
3217 fayetteville Road

Lumberton nc 28358

*(check one below)*

☐ On An Account *(attach a copy of the account)*

☐ For Goods Sold And Delivered Between

☑ For Money Lent

☐ On a Promissory Note *(attach copy)*

☐ For a Worthless Check *(attach a copy of the check)*

☐ For conversion *(describe property)*

☐ Other: *(specify)*

| Date From Which Interest Due | | Interest Rate |
|---|---|---|
| *Beginning Date* | *Ending Date* | *Interest Rate* |
| Date From Which Interest Due 7-29-09 | | *Interest Rate* 17.85 |
| *Date Of Note* | *Date From Which Interest Due* | *Interest Rate* |

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

*Date* 9-14-09   *Signature Of Plaintiff Or Attorney*

AOC-CVM-200, Rev. 2/06
© 2006 Administrative Office of the Courts

*(Over)*

SEQ:004

PG 1 OF 1

**STATE OF NORTH CAROLINA**

File No.
09 CVM 2455

Film No.
09.22

ROBESON _____ County

In The General Court Of Justice
District Court Division-Small Claims

Judgment Docket Book And Page No.

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## JUDGMENT
## IN ACTION TO RECOVER
## MONEY OR
## PERSONAL PROPERTY

G.S. 7A-210(2), 7A-224

**FINDINGS**

The Court finds:

☑ that the plaintiff has proved the case by the greater weight of the evidence.
☐ that the plaintiff has failed to prove the case by the greater weight of the evidence.
that the defendant(s)   ☑ was   ☐ was not present at trial.
☐ Other:

Name And Address Of Plaintiff

CITIFINANCIAL

3217 FAYETTEVILLE ROAD

LUMBERTON          NC          28358

| County | Telephone No. |
|---|---|

**VERSUS**

Name And Address Of Defendant 1
GREEN, DONALD

330 LAMB ROAD  UNIT 1

LUMBERTON          NC          28358

| County | Telephone No. |
|---|---|
| ROBESON | 910 474-9008 |

Name And Address Of Defendant 2

**ORDER**

It is ORDERED that:

☐ the plaintiff recover possession of the personal property described in the complaint.
☐ the plaintiff recover possession of the personal property listed below:

☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
☑ *(for breach of contract cases)* the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
☐ *(for tort cases)* the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
☐ Other: *(specify)*

☑ Costs of this action are taxed to the   ☐ plaintiff.   ☑ defendant.

| | | Name Of Judgment Debtor(s) From Whom Amount Recovered |
|---|---|---|
| Principal Sum Of Judgment | $ 5,000.00 | |
| Amount Of Interest Not Included In Principal | $ | ☐ Judgment Announced And Signed In Open Court |
| Attorney's Fees Or Other Damages *(when appropriate)* | $ | Date 10-15-09   Signature Of Magistrate |
| TOTAL AMOUNT | $ 5,000.00 | Name Of Party Announcing Appear In Open Court |

**CERTIFICATION**

(NOTE: *To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.*)
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |
|---|---|

AOC-CVM-400, Rev. 2/06
© 2006 Administrative Office of the Courts

Exhibit 2

EXHIBIT 2
Case 17-11043   Doc 192   Filed 03/15/19   Page 12 of 68   1B - 12

9607

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 302437118 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DONALD GREEN

Residence        330 LAMB RD LOT 1
                 LUMBERTON, NC 28358-9328

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-6855 | 06/06/2016 | 07/06/2026 | 2516.78 |
| 1040 | 12/31/2016 | XXX-XX-6855 | 06/05/2017 | 07/05/2027 | 12254.28 |

| Place of Filing CLERK OF SUPERIOR COURT ROBESON COUNTY LUMBERTON, NC 28358 | Total | $ | 14771.06 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____ , on this,

the ___29th___ day of ___March___ , ___2018___.

| Signature  *Joan Flack*  for OSCAR P FOURNIER | Title REVENUE OFFICER (787) 522-1872 | 23-15-1609 |
|---|---|---|

(NOTE:  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Exhibit 3

clerk

# STATE OF NORTH CAROLINA

_____ROBESON_____ County

No. _05 CRS 55737_

In The General Court Of Justice
☐ District    ☒ Superior Court Division

**STATE VERSUS**

Defendant Name

Corben, Donald Reid

**DISMISSAL**
**NOTICE OF REINSTATEMENT**
(For Offenses Committed On Or Before Nov. 30, 2013)

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 05 CRS 55737 | I<br>II | Felony Poss of Cocaine<br>Poss Drug Paraphernalia |

**☒ DISMISSAL**

NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*

The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.

☐ 2. There is insufficient evidence to warrant prosecution for the following reasons:

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☒ 4. Other: *(specify)*    ☐ See additional information on reverse.
Age of case.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

**☐ DISMISSAL WITH LEAVE**

The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:

☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.

☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.

☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.

☐ 5. Other: *(specify)*    ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 11-17-14 | Luther Johnson Britt III | |

**☐ REINSTATEMENT**

This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

ROBESON COUNTY

RECEIVED

NORTH CAROLINA
ROBESON COUNTY

IN THE GENERAL COURT ON JUSTICE
MAR 5 2008 DISTRICT COURT DIVISION
AT 3:45 O'CLOCK FILE NUMBER: 2005 CRS 55737 17027
BY LF
CLERK OF SUPERIOR COURT

STATE OF NORTH CAROLINA

V.

JUDGMENT PURSUANT TO
NCGS 90-96

DONALD REID GREEN

THIS CAUSE COMING ON TO BE HEARD and being heard before the undersigned Superior Court Judge presiding in the 16B Judicial District on the 03rd day of March 2008 , Criminal Session of the Robeson County Superior Court at Lumberton, North Carolina, and upon the defendant's plea of guilt to the charges of possession of less than one gram of cocaine in violation of NCGS 90-95 (a)(3) and possession of drug paraphernalia in violation of NCGS 90-113.22 (a); and upon the Court finding that the defendant has no prior record of previous conviction under the "North Carolina Controlled Substance Act", Article 5, Chapter 90, or the "Drug Paraphernalia Act", Article 5B, Chapter 90, for either offense, and with the consent of the defendant:

IT IS HEREBY ORDERED that further proceedings are hereby deferred and the Court without entering a judgment of guilt places the defendant on supervised probation for a period of twelve months under the terms and conditions as more fully set forth in the Supplemental Judgment attached hereto as contained on AOC Form 603 which shall include a thirty-day active split sentence. The defendant shall be given credit for time awaiting trial. The defendant shall also pay the SBI lab fee and the costs of this court.

IT IS FURTHER ORDERED that upon the defendant's fulfillment of the terms and conditions as set forth herein, the Court shall discharge said defendant and dismiss the proceedings against him at the conclusion of the period of supervised probation. Discharge and Dismissal under this section shall be without court adjudication of guilt and shall not be deemed a conviction for purposes of this section or the purposes of disqualifications or disabilities imposed by law upon the conviction of a crime including

the additional penalties imposed for a second or subsequent conviction(s) under this article.

This the 5 day of March, 2008.

GARY L. LOCKLEAR
SUPERIOR COURT JUDGE

05CRS 55737    Donald Reid Green

## REGULAR CONDITIONS OF PROBATION - G.S. 15A-1343(b)

NOTE: *Any probationary judgment may be extended pursuant to G.S. 15A-1342.* The defendant shall: (1) Commit no criminal offense in any jurisdiction. (2) Possess no firearm, explosive device or other deadly weapon listed in G.S. 14-269. (3) Remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) Satisfy child support and family obligations, as required by the Court.

If the defendant is on supervised probation, the defendant shall also: (5) Remain within the jurisdiction of the Court unless granted written permission to leave by the Court or the probation officer. (6) Report as directed by the Court or the probation officer to the officer at reasonable times and places and in a reasonable manner, permit the officer to visit at reasonable times, answer all reasonable inquiries by the officer and obtain prior approval from the officer for, and notify the officer of, any change in address or employment. (7) Notify the probation officer if the defendant fails to obtain or retain satisfactory employment. (8) At a time to be designated by the probation officer, visit with the probation officer a facility maintained by the Division of Prisons. If the defendant is to serve an active sentence as a condition of special probation, the defendant shall also: (9) Obey the rules and regulations of the Department of Correction governing the conduct of inmates while imprisoned. (10) Report to a probation officer in the State of North Carolina within seventy-two (72) hours of the defendant's discharge from the active term of imprisonment

☐ 11. The Court finds that the defendant is responsible for acts of domestic violence and ☐ there is an abuser treatment program, approved by the Domestic Violence Commission, reasonably available to the defendant, and the defendant shall attend and complete that program. ☐ there is not an approved abuser treatment program reasonably available. ☐ it would not be in the best interests of justice to order the defendant to complete an abuser treatment program because _____

NOTE: *See Page Two, Side Two, for Additional Conditions For Persons Convicted Of Domestic Violence.*

## SPECIAL CONDITIONS OF PROBATION - G.S. 15A-1343(b1), 143B-262(c)

The defendant shall also comply with the following special conditions which the Court finds are reasonably related to the defendant's rehabilitation:

☐ 12. Surrender the defendant's drivers license to the Clerk of Superior Court for transmittal/notification to the Division of Motor Vehicles and not operate a motor vehicle for a period of _____ or until relicensed by the Division of Motor Vehicles, whichever is later.

☒ 13. Submit at reasonable times to warrantless searches by a probation officer of the defendant's person, and of the defendant's vehicle and premises while the defendant is present, for the following purposes which are reasonably related to the defendant's probation supervision: ☒ stolen goods ☒ controlled substances ☒ contraband ☐ child pornography ☒ WEAPONS

☒ 14. Not use, possess or control any illegal drug or controlled substance unless it has been prescribed for the defendant by a licensed physician and is in the original container with the prescription number affixed on it; not knowingly associate with any known or previously convicted users, possessors or sellers of any illegal drugs or controlled substances; and not knowingly be present at or frequent any place where illegal drugs or controlled substances are sold, kept or used.

☒ 15. Supply a breath, urine and/or blood specimen for analysis of the possible presence of a prohibited drug or alcohol, when instructed by the defendant's probation officer.

☐ 16. Successfully pass the General Education Development Test (G.E.D.) during the first _____ months of the period of probation.

☐ 17. Complete _____ hours of community or reparation service during the first _____ days of the period of probation, as directed by the community service coordinator and pay the fee prescribed by G.S. 143B-262.4(b). ☐ pursuant to the schedule set out under monetary conditions above. ☐ within _____ days of this Judgment and before beginning service.

☒ 18. Report for initial evaluation by TASC participate in all further evaluation, counseling, treatment or education programs recommended as a result of that evaluation, and comply with all other therapeutic requirements of those programs until discharged.

☐ 19. Not assault, threaten, harass, be found in or on the premises or workplace of, or have any contact with _____ "Contact" includes any defendant-initiated contact, direct or indirect, by any means including but not limited to telephone, personal contact, e-mail, pager, gift-giving, telefacsimile machine or through any other person, except _____

☐ 20. Other: _____

☐ 21. Comply with the Special Conditions Of Probation - Intermediate Punishments - Contempt which are set forth on AOC-CR-603, Page Two.

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☐ 1. It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ 2. The defendant gives notice of appeal from the judgment of the trial court to the appellate division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 3/5/2008 | GARY L. LOCKLEAR | |

## CERTIFICATION

I certify that this Judgment and the attachment(s) marked below is a true and complete copy of the original which is on file in this case.

☐ 1. Appellate Entries (AOC-CR-350)
☐ 2. Judgment Suspending Sentence, Page Two (Special Conditions Of Probation) (AOC-CR-603, Page Two)
☐ 3. Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605)
☐ 4. Extraordinary Mitigation Findings (AOC-CR-606)

☐ 5. Restitution Worksheet, Notice And Order [Initial Sentencing] (AOC-CR-611)
☐ 6. Judicial Findings As To Required DNA Sample (AOC-CR-319)
☐ 7. Judicial Findings And Order As To Satellite-Based Monitoring For Sex Offenders - Lifetime Monitoring/Judicial Findings And Order As To Satellite-Based Monitoring For Sex Offenders - Court-Determined Monitoring Period (AOC-CR-615)

| Date Of Certification | Signature | |
|---|---|---|
| | | **SEAL** |

| Date Certified Copies Delivered To Sheriff | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |
|---|---|---|---|

AOC-CR-603, Side Two, Rev. 12/07    Material opposite unmarked squares is to be disregarded as surplusage.
© 2007 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

ROBESON _____ County

**STATE VERSUS**

Filo No.

05CRS055737 _____ 51

In The General Court Of Justice
Superior Court Division

# CRIMINAL BILL OF COST

*Name Of Defendant*
GREEN, DONALD, REID

☐ SFF  22500       ☒ CPD LPD _____       235 ___       Other _____ 2 _5 ___
CRDS  $ 240.50          ☐ **Cost Remitted**       $   240.50

*Costs Assessed In Each Of The Following Cases*

| PROCESS FEE DUE COUNTY | # SERVED | AMOUNT | |
|---|---|---|---|
| _____ Co. | | $_____ | 22500 |
| _____ Co. | | $_____ | 295 ___ |
| _____ Co. | | $_____ | 295 ___ |

| JAIL FEES DUE COUNTY | # DAYS | AMOUNT | |
|---|---|---|---|
| _____ Co. | | $_____ | 22600 |
| _____ Co. | | $_____ | 296 ___ |
| | | ☐ Remitted | |

| JAIL FEES DUE COUNTY *(Post-Trial)* | # DAYS | AMOUNT | |
|---|---|---|---|
| _____ Co. | | $_____ | 22620 |
| _____ Co. | | $_____ | 297 ___ |
| | | ☐ Remitted | |

| PROCESS FEE DUE CITY | # SERVED | AMOUNT | |
|---|---|---|---|
| LPD _____ | ___ 11 ___ | $ 55.00 | 23500 |
| _____ | | $_____ | 2350 __ |
| _____ | | $_____ | 2350 __ |

| JAIL FEES DUE CITY | # DAYS | AMOUNT | |
|---|---|---|---|
| _____ | | $_____ | 2360 __ |
| _____ | | $_____ | 236 ___ |
| | | ☐ Remitted | |

| JAIL FEES DUE CITY *(Post-Trial)* | # DAYS | AMOUNT | |
|---|---|---|---|
| _____ | | $_____ | 2362 __ |
| | | ☐ Remitted | |

| COST DUE STATE | | AMOUNT | |
|---|---|---|---|
| DNA, Bodily Fluid, Cont. Sub. Analysis | $ 300.00 | 24320 |
| EHA Fee | $_____ | 24325 |
| GPS Fee | $_____ | 24330 |
| Limited Driving Privilege Fee | $_____ | 24335 |
| 20-Day Failure Fee | $_____ | ☐ District 21211 ☐ Superior 21111 |
| Pre-Trial Release to Co. | $_____ | 295 ___ |

| | | $ 595.50 | **TOTAL COSTS DUE** |
|---|---|---|---|

| FINES DUE THE COUNTY | $_____ | 22700 |
|---|---|---|

| COMMUNITY SERVICE FEE | $_____ | ☐ DWI       24201<br>☐ Exp CSF   24202 |
|---|---|---|

| REIMBURSE ATTORNEY FEES | $_____ | 24610 |
|---|---|---|

| ATTORNEY APPT. FEES       ☐ Fee Assessed | $_____ | ($45.00 - 24612 / $5.00 - 24615) |
|---|---|---|

Other Misc. Costs:
Rec. of Blood Test: _____ $_____
Rec. of Expert Witness Fee: _____ $_____
Rec. of Interpreter: _____ $_____
Rec. of Bond Forfeiture Postage Fee: _ $_____
Other: _____ $_____
Other: _____ $_____

| | 24630 |
|---|---|
| | 2464 __ |
| | ☐ District 24652 ☐ Superior 24651 |
| | 24660 |

| RESTITUTION       ☐ SEE ATTACHED WORKSHEET | $_____ | **TOTAL**<br>**RESTITUTION DUE** |
|---|---|---|
| ☐ Restitution Jointly & Severally due with Co-Defendant's listed on Reverse | | |

| PROBATION SUPERVISION | ☐ SURRENDER LICENSE | **TOTAL DUE** |
|---|---|---|
| ☒ B - Supervised   ☒ N - Not Collecting Fee<br>☐ U - Unsupervised | ☒ ASSESSMENT | $ **595.50** |

| *Date*<br>3/5/2008 | *Name Of Clerk*<br>WANDA LAMBERT | By Date:       3/5/2009 |
|---|---|---|
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | ☒ FULL PAYMENT<br>☐ PARTIAL PAYMENT |

AOC-CR-381-AS Superior, Rev. 8/07, © 2007 Administrative Office of the Courts

## RESTITUTION

☐ Full Payment  26110    ☐ Partial Payment  26120

**REMARKS**

| Name | Address | City | St. | Zip | SSN | Amount |
|------|---------|------|-----|-----|-----|--------|
|      |         |      |     |     |     |        |

AOC-CR-381 Superior, Rev. 4/06, © 2006 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

Robeson County

File No. 2005 CR 55737

In The General Court Of Justice
☐ District ☑ Superior Court Division

**STATE VERSUS**

Name Of Defendant: Donald Green

DOB: 4·8·66   Age: 41   Highest Level Of Education Completed: 2 years of college

**TRANSCRIPT OF PLEA**

G.S. 15A-1022, 15A-1022.1

The undersigned judge, having addressed the defendant personally in open court, finds that the defendant (1) was duly sworn or affirmed, (2) entered a plea of ☑ guilty ☐ guilty pursuant to *Alford* decision ☐ no contest, and (3) offered the following answers to the questions set out below:

**Answers**

1. Are you able to hear and understand me? — (1) yes

2. Do you understand that you have the right to remain silent and that any statement you make may be used against you? — (2) yes

3. At what grade level can you read and write? — (3) college

4. (a). Are you now under the influence of alcohol, drugs, narcotics, medicines, pills, or any other intoxicants? — (4a) No
   (b). When was the last time you used or consumed any such substance? — (4b) Nov 14, 2007

5. Have the charges been explained to you by your lawyer, and do you understand the nature of the charges, and do you understand every element of each charge? — (5) yes

6. (a). Have you and your lawyer discussed the possible defenses, if any, to the charges? — (6a) yes
   (b). Are you satisfied with your lawyer's legal services? — (6b) yes

7. (a). Do you understand that you have the right to plead not guilty and be tried by a jury? — (7a) yes
   (b). Do you understand that at such trial you have the right to confront and to cross examine witnesses against you? — (7b) yes
   (c). Do you understand that at a jury trial you have the right to have a jury determine the existence of any aggravating factors that may apply to your case *(and, if applicable, additional sentencing points not related to prior convictions)* beyond a reasonable doubt? — (7c) yes
   (d). Do you understand that by your plea(s) you give up these and other valuable constitutional rights to a jury trial *(and, if applicable, rights related to sentencing)*? — (7d) yes

8. Do you understand that, if you are not a citizen of the United States of America, your plea(s) of guilty or no contest may result in your deportation from this country, your exclusion from admission to this country, or the denial of your naturalization under federal law? — (8) yes

☑ 9. Do you understand that upon conviction of a felony you may forfeit any State licensing privileges you have in the event that you refuse probation, or that your probation is revoked, and have you discussed this issue with your lawyer? — (9) yes

☐ 10. *(Victims Rights Act cases only)* Do you understand that upon your conviction of _____ you may be ordered to pay restitution to any persons directly and proximately injured as a result of your commission of that offense, and that a civil judgment in favor of each such person may be docketed against you and will be a lien against any real estate you own? — (10) yes N/A

11. Do you understand that you are pleading ☑ guilty ☐ no contest to the charges shown on Page Two of the transcript? *(Describe charges, total maximum punishments, and applicable mandatory minimums for those charges.)* — (11) yes

12. Do you now personally plead ☑ guilty ☐ no contest to the charges I just described? — (12) yes

13. ☑ (a) Are you in fact guilty? — (13a) yes
    ☐ (b) *(no contest plea)* Do you understand that, upon your plea of no contest, you will be treated as being guilty whether or not you admit that you are in fact guilty? — (13b) N/A
    ☐ (c) *(Alford guilty plea)*
    (1) Do you now consider it to be in your best interest to plead guilty to the charge(s) I just described? — (13c1) N/A
    (2) Do you understand that, upon your "Alford guilty plea," you will be treated as being guilty whether or not you admit that you are in fact guilty? — (13c2) N/A

14. Do you understand that the courts have approved the practice of plea arrangements? — (14) yes

15. Have you agreed to plead ☑ guilty ☐ no contest as part of a plea arrangement? *(If so, review terms of Plea Arrangement as listed on Page Two with the defendant.)* — (15) yes

(Over)

**Answers**

16. Do you understand that you also are admitting the existence of the following ☐ aggravating factors ☐ sentencing points not related to prior convictions, and agreeing that there is evidence to support the following factors and/or points beyond a reasonable doubt, and agreeing that the court may accept your admission to these factors and/or points?   (16) __N/A__

17. Do you ☐ understand that you are waiving any notice requirement that the State may have with regard to these aggravating factors and/or sentencing points? ☐ agree that the State has provided you with appropriate notice about the aggravating factors and/or sentencing points in your case?   (17) __N/A__

18. Do you understand that you also have the right during a sentencing hearing to prove to the judge the existence of any mitigating factors that may apply to your case?   (18) __yes__

19. Is the plea arrangement as set forth within this transcript and as I have just described it to you correct as being your full plea arrangement?   (19) __yes__

20. *(Other than the plea arrangement between you and the prosecutor)* has anyone promised you anything or threatened you in any way to cause you to enter this plea against your wishes?   (20) __No__

21. Do you enter this plea of your own free will, fully understanding what you are doing?   (21) __yes__

22. Do you agree that there are facts to support your plea ☐ and admission to aggravating factors ☐ and sentencing points not related to prior convictions, and consent to a summarization of the evidence related to this factual basis?   (22) __yes__

23. Do you have any questions about what has just been said to you or about anything else connected to your case?   (23) __No__

### ACKNOWLEDGEMENT BY DEFENDANT

I have read or have heard all of these questions and understand them. The answers shown are the ones I gave in open court and they are true and accurate. No one has told me to give false answers in order to have the Court accept my plea in this case. The terms and conditions of the plea as stated within this transcript, if any, are accurate.

**SWORN AND SUBSCRIBED TO BEFORE ME**   Date __3-5-08__

Date __3/5/08__   Signature __Wal Lambet__   Signature Of Defendant __Donald Green__

☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court   Name Of Defendant (Type Or Print) __Donald Green__

### CERTIFICATION BY LAWYER FOR DEFENDANT

I hereby certify that the terms and conditions stated within this transcript, if any, upon which the defendant's plea was entered are correct and they are agreed to by the defendant and myself. I further certify that I have fully explained to the defendant the nature and elements of the charge(s) to which the defendant is pleading, and the aggravating and mitigating factors and prior record points for sentencing, if any.

Date __3-5-08__   Name Of Lawyer For Defendant (Type Or Print) __David F. Branch, +__   Signature Of Lawyer For Defendant __D.+ Branch +__

### CERTIFICATION BY PROSECUTOR

As prosecutor for this Prosecutorial District, I hereby certify that the conditions stated within this transcript, if any, are the terms and conditions agreed to by the defendant and his/her lawyer and myself for the entry of the plea by the defendant to the charge(s) in this case.

Date __3-5-08__   Name Of Prosecutor (Type Or Print) __L. Johnson Britt, III__   Signature Of Prosecutor __[signature]__

### PLEA ADJUDICATION

Upon consideration of the record proper, evidence or factual presentation offered, answers of defendant, and statements of the lawyer for the defendant and the prosecutor, the undersigned finds that:

1. There is a factual basis for the entry of the plea *(and for the admission as to aggravating factors and/or sentencing points)*;
2. The defendant is satisfied with his/her lawyer's legal services;
3. The defendant is competent to stand trial;
4. ☐ The State has provided the defendant with appropriate notice as to the aggravating factors and/or points. ☐ The defendant has waived notice as to the aggravating factors and/or points; and
5. The plea *(and admission)* is the informed choice of the defendant and is made freely, voluntarily and understandingly.

The defendant's plea *(and admission)* is hereby accepted by the Court and is ordered recorded.

Date __3-5-08__   Name Of Presiding Judge (Type Or Print) __Gary L Lockhear__   Signature Of Presiding Judge __Gary Lockhear__

**STATE VERSUS**

File No. OS CRS 55737

Name Of Defendant: DONALD REID GREEN

## PLEA ARRANGEMENT

The prosecutor, your lawyer, and you have informed the Court that the following contains all the terms and conditions of your plea:

The court shall enter A judgment in accordance with the provisions of NCGS 90-96 wherein the court will defer proceedings in this matter and without entering a judgment of guilt, place the defendant on supervised probation for 12 months under the following terms:
1). The defendant shall serve a 30 day active split sentence + be given credit for any time served awaiting trial
2) The defendant shall pay the SBI lab fee
3) The defendant shall pay the court costs

Prosecutor's Initials: _____

Defense Counsel's Initials: D.R.G.

Defendant's Initials: _____

## PLEAS

| ✓ | Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense | G.S. No. | F/M | CL | ‡Pun. CL | Maximum Punishment |
|---|---|---|---|---|---|---|---|---|---|---|
| | G | 5CRS 55737 | one | Possession of cocaine | 9.1105 | 90-95(a) | F | I | I | 15 Months |
| | G | 5CRS 55737 | two | Possession of drug paraphernalia | 9.1105 | 90-113.22(3) | M | 1 | - | 120 days |

*G = Guilty
NC = No Contest

**TOTAL MAXIMUM PUNISHMENT** ▸ 15 months And 120 days

**MANDATORY MINIMUM FINES & SENTENCES** (if any)

✓ **NOTE TO CLERK:** If this column is checked this is an added offense or reduced charge.

‡ **NOTE:** Enter punishment class if different from underlying felony class (punishment class represents a status or enhancement).

AOC-CR-300, Page Two, Rev. 2/06
© 2006 Administrative Office of the Courts

(Over)

## PLEAS (continued from Page Two, Side One)

| ✓ | Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense | G.S. No. | F/M | CL | ‡Pun. CL. | Maximum Punishment |
|---|-------|-------------|--------------|------------|-----------------|----------|-----|----|-----------|--------------------|
|   |       |             |              |            |                 |          |     |    |           |                    |

### SUPERIOR COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|----------|--------------|------------|
|          |              |            |

### DISTRICT COURT DISMISSALS PURSUANT TO PLEA ARRANGEMENT

| File No. | Count No.(s) | Offense(s) |
|----------|--------------|------------|
|          |              |            |

### CERTIFICATION BY PROSECUTOR

The undersigned prosecutor enters a dismissal to the above charges pursuant to a plea arrangement shown on this Transcript Of Plea.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|------|-----------------------------------|-------------------------|
|      |                                   |                         |

AOC-CR-300, Page Two, Side Two, Rev. 2/06
© 2006 Administrative Office of the Courts

clearly

**STATE OF NORTH CAROLINA**

Robeson County

05CRS 055737

RECEIVED

In The General Court Of Justice
☐ District ☒ Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant

DONALD REID GREEN
1071 W TOBERMORY RD
PARKTON NC 2837

**WORKSHEET**
**PRIOR RECORD LEVEL FOR FELONY SENTENCING AND PRIOR CONVICTION LEVEL FOR MISDEMEANOR SENTENCING**
**(STRUCTURED SENTENCING)**

| Social Security No | SID No. |
| 238196083 | NC0332935A |

| Race | Sex | DOB |
| B | M | 04/08/1966 |

G.S. 15A-1340.14, 15A-1340.21

**NOTE:** This Worksheet is provided to assist the attorney for the state in calculating and presenting the defendant's prior record level or prior conviction level. Record the defendant's prior record on the reverse side of this form or attach a copy of the defendant's prior record pursuant to G.S. 15A-1340.14(f). If sentencing for a felony, count the number of prior convictions in each offense class and enter those totals in the chart in section I below. For multiple prior convictions at one session of court, see G.S. 15A-1340.14(d). The only Class 1 misdemeanor offenses under Chapter 20 that are assigned points for determining prior record level for felony sentencing are misdemeanor death by vehicle [G.S. 20-141.4(a2)] and, for sentencing for felony offenses committed on or after December 1, 1997, impaired driving [G.S. 20-138.1] and commercial impaired driving [G.S. 20-138.2]. First Degree Rape and First Degree Sexual offense convictions prior to October 1, 1994, are Class B1 convictions.

**I. SCORING PRIOR RECORD/FELONY SENTENCING**

| NUMBER | TYPE | FACTORS | POINTS |
|---|---|---|---|
| 1 | Prior Felony Class A Conviction | X10 | 10 |
|  | Prior Felony Class B1 Conviction | X 9 |  |
|  | Prior Felony Class B2 or C or D Conviction | X 6 |  |
|  | Prior Felony Class E or F or G Conviction | X 4 |  |
|  | Prior Felony Class H or I Conviction | X 2 |  |
| 1 | Prior Class A1 or 1 Misdemeanor Conviction (see note above) | X 1 | 1 |
|  |  | **SUBTOTAL** | 11 |

Defendant's Current Charge(s):

| If all the elements of the present offense are included in any prior offense whether or not the prior offenses were used in determining prior record level. | + 1 |
|---|---|
| If the offense was committed:<br>(a) while on supervised or unsupervised probation, parole, or post-release supervision; or<br>(b) while serving a sentence of imprisonment; or<br>(c) while on escape. | + 1 |
|  | **TOTAL** | 11 |

**II. CLASSIFYING PRIOR RECORD/CONVICTION LEVEL**

| MISDEMEANOR | FELONY |
|---|---|

**NOTE:** If sentencing for a misdemeanor, total the number of prior conviction(s) listed on the reverse and select the corresponding prior conviction level.

| No. Of Prior Convictions | Level |
|---|---|
| 0 | I |
| 1-4 | II |
| 5+ | III |

**PRIOR CONVICTION LEVEL** ➤ II

**NOTE:** If sentencing for a felony, locate the prior record level which corresponds to the total points determined in section I above.

| Points | Level |
|---|---|
| 0 | I |
| 1 - 4 | II |
| 5 - 8 | III |
| 9 - 14 | IV |
| 15 - 18 | V |
| 19+ | VI |

**PRIOR RECORD LEVEL** ➤ IV

☐ The Court has determined the number of prior convictions to be _____ and the level to be as shown above.
☐ In making this determination, the Court has relied upon the state's evidence of the defendant's prior convictions from a computer printout of DCI-CCH.

☐ The Court finds the prior convictions, prior record points and the prior record level of the defendant to be as shown herein.
☐ In making this determination, the Court has relied upon the state's evidence of the defendant's prior convictions from a computer printout of DCI-CCH.

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
| 3-5-08 | Gary L. Locklear |  |

AOC-CR-600, Rev. 12/03
© 2003 Administrative Office of the Courts

(Over)

## III. STIPULATION

The prosecutor and defense counsel, or the defendant, if not represented by counsel, stipulate to the accuracy of the information set out in Sections I. and IV. of this form, including the classification and points assigned to any out-of-state convictions, and agree with the defendant's prior record level or prior conviction level as set out in Section II.

| Date | Signature Of Prosecutor | Date | Signature Of Defense Counsel Or Defendant |
|---|---|---|---|
| 3-5-08 | | 3-5-08 | |

## IV. PRIOR CONVICTION

NOTE: *Federal law precludes making computer printout of DCI-CCH (rap sheet) part of permanent public court record.*

| Source Code | Offenses | File No. | Date Of Conviction | County (Name of State if not NC) | Class |
|---|---|---|---|---|---|
| | M-BREAK AND ENTER | 84CR005340 | 1/8/1985 | HERTFORD | 1 |
| | M-TRESPASS | 87CRS001999 | 5/7/1987 | HARNETT | * |
| | F-MURDER 1ST DEGREE | 87179 | 11/28/1988 | GEORGIA | A |
| | F-ARMED ROBBERY | 87179 | 11/28/1988 | GEORGIA | - |

Source Code: 1 - DCI      3 - AOC/Local      5 - ID Bureau
              2 - NCIC      4 - AOC/Statewide   6 - Other

Date Prepared: _____
Prepared By: _____

AOC-CR-600, Side Two, Rev. 12/03
© 2003 Administrative Office of the Courts

**STATE OF NORTH CAROLINA**

_Robeson_ County

**STATE VERSUS**

File No. OSCNS UJS737

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name And Address Of Defendant

Donald Reid Green

2007 NOV 16  P 4: 34

_____ C.S.C.
SKH

**CONDITIONS OF RELEASE
AND RELEASE ORDER**

Amount Of Bond
$ 10,000

G.S. Chapter 15A, Art. 25, 26

Offenses And Additional File Numbers

O FA / Felt Poss ca.. Poss Drg Par

Location Of Court
culver +

☐ District ☒ Superior   Date 113 A   Time   ☐ AM ☐ PM

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

☒ Your release is authorized upon execution of your:
☐ WRITTEN PROMISE to appear
☐ CUSTODY RELEASE
You will be arrested if you violate the following restrictions:

☐ UNSECURED BOND in the amount shown above
☒ SECURED BOND in the amount shown above

☐ Your release is not authorized.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is not authorized until you complete the period of detention required under G.S. 15A-534.2 ("Detention of impaired drivers.") or G.S. 15A-534.3 ("Detention for communicable diseases.") as shown on the attached AOC-CR-270.

Additional Information

Date 11-15-07

Signature Of Judicial Official

☒ Magistrate   ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court   ☐ District Court Judge   ☐ Superior Court Judge

**ORDER OF COMMITMENT**

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to:
☐ produce him/her in Court as provided above.   ☒ hold him/her for the following purpose:

☐ [Check in all domestic violence cases covered by G.S. 15A-534.1(b)] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before [enter date and time 48 hours after time of arrest]_____,
____ AM ☐ PM produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

Name Of Detention Facility   R C J   Date 11.15 ✓   Signature Of Judicial Official

**WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE**

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

Date   Signature Of Defendant   Signature Of Person Agreeing To Supervise Defendant

Name Of Person Agreeing To Supervise Defendant (Type or Print)   Address Of Person Agreeing To Supervise Defendant

**DEFENDANT RELEASED ON BAIL**

Date   Time   ☐ AM ☐ PM   Signature Of Jailer

AOC-CR-200, Rev. 10/04
© 2004 Administrative Office of the Courts

ORIGINAL

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/04
©2004 Administrative Office of the Courts

05-CRS-055737

File No. CHECK DIGIT NUMBER:   S74439Y
STATE ID. NUMBER:   NC0332935A

ORDER FOR ARREST

**STATE OF NORTH CAROLINA**
**VS.**

GREEN,DONALD,REID
1071 W TOBERMORY RD

PARKTON          NC    28371

RACE: B   SEX: M   DOB: 04/08/66

DR LIC NO:

SOC SEC NO: 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

LID NO: DGBM6083R-770

COMPLAINANT:

RICHARDSON,K          CPD
1305 GODWIN AVE
LUMBERTON          NC    28358

In The General Court Of Justice

**STATE OF NORTH CAROLINA**
ROBESON          COUNTY

SUPERIOR COURT DIVISION

G. S. NUMBER
90-95(D)(2)
90-113.22

CTS     CHARGE DESCRIPTION
01 F FELONY POSSESSION OF COCAINE
01 M POSSESS DRUG PARAPHERNALIA

BY   SLH

TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO SERVE AN ORDER
FOR ARREST:

THE DEFENDANT HAS BEEN ARRESTED AND RELEASED FROM CUSTODY AND HAS
FAILED TO APPEAR ON 10/01/07 AS REQUIRED BY THE RELEASE ORDER.

YOU ARE DIRECTED TO ARREST THE DEFENDANT AND BRING HIM BEFORE
THE COURT AT THE PLACE, DATE AND TIME INDICATED BELOW OR UPON
THE FIRST DAY OF COURT FOLLOWING HIS ARREST.   IF COURT IS NOT
IN SESSION, THEN YOU ARE TO TAKE HIM BEFORE A JUDICIAL OFFICIAL
FOR THE PURPOSE OF DETERMINING CONDITIONS OF RELEASE AND
COMMITMENT IF HE IS UNABLE TO COMPLY.

BOND IS SET AT     $10,000   SECURED BOND.

| Location Of Court To be Set by DA | Court Date | Court Time | ☐ AM ☐ PM | Date Of Issue 10/05/07 |
|---|---|---|---|---|

Signature
RENAE O. HUNT

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court
☐ Magistrate   ☐ District Court Judge   ☐ Superior Court Judge

AOC-CR-217AS, Rev. 12/03 (Structured Sentencing)
©2003 Administrative Office of the Courts

ORIGINAL
(Over)

If an Order/Warrant for Arrest is not executed or served within one hundred and eighty (180) days, or if a Criminal Summons is not served within ninety (90) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of execution or service noted thereon. The officer must state all steps taken by the department in attempting to execute or serve the Order/Warrant/Criminal Summons and any information obtained about the whereabouts of the defendant.

### RETURN OF SERVICE

I certify that this Order/Warrant/Criminal Summons was received and executed or served as follows:

| Date Received Or Served | Date Returned |
|---|---|
| 10-8-07 | 11-15-07   11-15-07 |

By personally serving the Criminal Summons on the defendant.
By arresting the defendant and bringing the defendant before:

Name Of Judicial Official ___ Sam Hunt

☐ This Order/Warrant/Criminal Summons WAS NOT executed or served for the following reason:

Signature Of Officer Making Return ___

Department Or Agency Of Officer ___ KCSO

### REDELIVERY/REISSUANCE

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that this Order/Warrant/Criminal Summons was received or executed or served as follows:

| Date Received | Date Executed Or Served | Date Returned |
|---|---|---|

☐ By personally serving this Criminal Summons on the defendant.
☐ By arresting the defendant and bringing the defendant before:
Name Of Judicial Official

☐ This Order/Warrant/Criminal Summons WAS NOT executed or served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the
☐ District   ☐ Superior Court
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge Or Magistrate |
|---|---|

### WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

---

| District Attorney | ☐ Waived ☐ Not Indigent | Attorney For Defendant | ☐ Appointed ☐ Retained | PRIOR CONVICTIONS: No./Level: ☐ 0 ☐ I(0)  ☐ I(1-4)  ☐ III(5+) |
|---|---|---|---|---|

PLEA: ☐ guilty ☐ no contest ___ VERDICT: ☐ guilty ___ M. CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ guilty ☐ no contest ___ ☐ guilty ___ M. CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3
☐ not guilty ___ ☐ not guilty ___

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict it is ORDERED that the defendant: ☐ pay costs and a fine of _____

☐ be imprisoned for a term of _____ days in the custody of ☐ the sheriff. ☐ DOC.* Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [☐ is ordered. (use form AOC-CR-602)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.
☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution*

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475. 1(b) within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319)
☐ 10. Other:

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with _____
☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this criminal pleading, and the Count(s) is dismissed.

| Date | Name of District Court Judge Or Magistrate (Type or Print) | Signature of District Court Judge Or Magistrate |
|---|---|---|

### CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|---|---|---|---|

*NOTE  If DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

**STATE OF NORTH CAROLINA**

**ROBESON** County

File No.: 
**BOND A**   05CR5055737   PG 1 OF 1

In The General Court Of Justice
☐ District   ☑ Superior Court Division

Name And Mailing Address Of Record Of Defendant

**DONALD REID GREEN**
**1071 W TOBERMORY RD**

PARKTON   NC   28371   0000

| Amount Of Bond | Date Of Bond |
|---|---|
| $ 5,000.00 | UNSC   09/02/2005 |

Name And Address Of Record Of Surety 1

**BOND FORFEITURE NOTICE**

G.S. 15A-544.3; -544.4

Name And Address Of Record Of Bail Agent

Power Of Appointment No. Of Bail Agent          License No. Of Bail Agent

Name And Address Of Record Of Surety 2

Name And Address Of School Board Attorney
**GRADY HUNT**
**PO BOX 999**

**PEMBROKE**   **NC**   28372

## FORFEITURE

The defendant and surety named above bound themselves for the appearance of the defendant by execution of the appearance bond noted above. The defendant was called in open court and failed to appear on the date of forfeiture as shown below. It is ORDERED that the appearance bond be forfeited.

| Failure To Appear Date | Date Issued | Final Judgment Date | Name Of Judge (Type Or Print) | Signature Of Judge |
|---|---|---|---|---|
| 10/01/2007 | 10/09/2007 | 03/09/2008 | HON. ROBERT F FLOYD JR | HON. ROBERT F FLOYD JR |

## NOTICE TO DEFENDANT AND EACH SURETY NAMED ABOVE

The defendant named above has failed to appear as required before the court in the case identified above. A forfeiture for the amount of the bail bond shown above was entered in favor of the State against the defendant and each surety named above on the date of forfeiture shown above. This forfeiture will be set aside if, on or before the final judgment date shown above, satisfactory evidence is presented to the court that one of the following events has occurred: (i) the defendant's failure to appear has been stricken by the court in which the defendant was required to appear and any order for arrest that was issued for that failure to appear is recalled, (ii) all charges for which the defendant was bonded to appear have been finally disposed by the court other than by the State's taking a voluntary dismissal with leave, (iii) the defendant has been surrendered by a surety or bail agent to a sheriff of this State as provided by law, (iv) the defendant has been served with an Order for Arrest for the Failure to Appear on the criminal charge in the case in question, (v) the defendant died before or within the period between the forfeiture and the final judgment as demonstrated by the presentation of a death certificate, or (vi) the defendant was incarcerated in a unit of the Department of Correction and is serving a sentence or in a unit of the Federal Bureau of Prisons located within the borders of the State at the time of the failure to appear. The forfeiture will not be set aside for any other reason. If this forfeiture is not set aside on or before the final judgment date shown above, and if no motion to set aside is pending on that date, the forfeiture will become a final judgment on that date. The final judgment will be enforceable by execution against the defendant and any accommodation bondsman and professional bondsmen on the bond. The final judgment will also be reported to the Department of Insurance. Further, no surety will be allowed to execute any bail bond in the above county until the final judgment is satisfied in full.

## CERTIFICATE OF SERVICE

I certify that on this date I gave notice of the above Forfeiture to the defendant and each surety named above by mailing a copy of this Notice by first class mail, to each person at the address of record shown above.

| Date Notice Given | Signature | |
|---|---|---|
| 10/11/2007 | WANDA H LAMBERT | ☑ Deputy CSC   ☐ Assistant CSC ☐ Clerk Of Superior Court |

Additional File Nos.:

AOC-CR-213, Rev. 10/06
© 2006 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA  F̶I̶L̶E̶D̶ GENERAL COURT OF JUSTICE
COUNTY OF ROBESON                    SUPERIOR COURT DIVISION
                         2007 JUN - 9 FILE #02 CRS 55737

                         ROBESON COUNTY C.S.C

STATE OF NORTH CAROLINA
                    BY_____
        V.                          STATE'S DISCOVERY RESPONSE,
                                    MOTION FOR RECIPROCAL
                                    DISCOVERY AND NOTICE OF
Donald Green                        INTENT PURSUANT TO NCGS 15A-
                                    975-15A-976, NCGS 90-95(g) AND NCGS
                                    90-95(g1)

Pursuant to the defendant's request for voluntary discovery, the State pursuant to NCGS 15A-901 et seq. and Senate Bill 52, voluntarily provides the following information known and available to the State. The discovery consists of the item(s) indicated below. The date of delivery or review is as indicated:

___✓___    Felony Report, date of delivery: _6/5/07_____.

_____    "Originals" Departmental File, date of review: _____.

___✓___    Pursuant to N.C.G.S. 15A-903(a)(1), attached is the defendant's written or recorded statement, and the substance of the defendant's oral statement known to the State and in the possession, control or custody of the State for this case.

_____    Pursuant to N.C.G.S. 15A-903(a)(1), attached is the co- defendant's statement and/ or the substance of the co-defendant's oral statements known to the State and in the possession, control or custody of the State for this case.

_____    Pursuant to N.C.G.S. 15A-903(a)(1), attached is the investigating officer's notes known to the State and in the possession, control or custody of the State for this case.

___✓___    Pursuant to N.C.G.S. 15A-903 (a) (1), attached are copies of the State's witness statements known to the State and in the possession, control or custody of the State for this case.

___✓___    Pursuant to N.C.G.S. 15A-903 (a)(1) and (2), attached are copies of the reports of examination and tests made in connection with the case within the possession, custody, control of the State and that the State intends to offer as evidence in the

1

case. The State further gives notice of its intent to call as an expert witness
Maxplan_____, the attached report includes:
_____ a copy of the expert's curriculum vitae
_____ expert's opinion and the underlying basis for the opinion.

Attached is the defendant's prior criminal record that includes a National and State Criminal Investigative Inquiry and Structured Sentencing Worksheet.

Attached is a list of the tangible items maintained in the possession, custody and control of the investigating Law Enforcement Agency that may be material to the preparation of the defendant's case. These items are intended for use by the State as evidence at the trial, or were obtained from or belong to the defendant. **Please contact the Assistant District Attorney listed below to schedule an appointment to inspect the item listed:** _____

_____

Pursuant to N.C.G.S. 90-95(g) and N.C.G.S. 90-95(g1), the State gives notice of its intent to use the attached SBI Lab Report and the chain of custody statement.

Pursuant to N.C.G.S. 8C-1, Rule 609(b), the State gives notice of its intent to introduce into evidence any conviction that is more than 10 years old:

_____

Pursuant to N.C.G.S. 15A-907, attached is additional discovery for inspection:

_____

Brady Material if not included will be provided as it becomes known to the State.

List of photocopied items delivered to the defense from the "Originals" Departmental File

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

2

## NOTICE

Pursuant to N.C.G.S. 15A-975 and 15A-976, the State gives notice of its intent to use (1) evidence of a statement made by the defendant; (2) evidence obtained by virtue of a search without a search warrant or (3) evidence obtained as a result of a search with a search warrant when the defendant was not present at the time of the execution of the search warrant.

## MOTION FOR RECIPROCAL DISCOVERY

In addition to voluntarily providing discovery, the State Moves the Court pursuant to N.C.G.S. 15A-905(a) and Senate Bill 52, to Order the defendant to permit the State to inspect and copy or photograph any documents and tangible objects that are within the possession, custody, or control of the defendant and which the defendant intends to introduce in evidence at the trial. Pursuant to N.C.G.S. 15A-905(b), the State moves the Court to Order the defendant to permit the State to inspect and copy or photograph results or reports of physical or mental examinations or of tests, measurements or experiments made in connection with this case, or copies thereof, within the possession, custody or control of the defendant that the defendant intends to introduce in evidence at the trial or that were prepared by a witness whom the defendant intends to call at the trial, regarding the results of such examinations, tests, measurements, or experiments related to the witness' testimony. The State Moves the Court to Order the defendant to permit the State to inspect, examine and test, subject to appropriate safeguards, any physical evidence or sample of it, available to the defendant if the defendant intends to offer such evidence or tests or experiments made in connection with such evidence, as an exhibit or evidence in the case.

Pursuant to N.C.G.S. 15A-905(c)(1), (c)(1)(a) and (c)(1)(b), the State moves the Court to Order the defense to give the State notice of its intent to offer at trial a defense of alibi, duress, entrapment, insanity, mental infirmity, diminished capacity, self-defense, accident, automatism, involuntary intoxication or voluntary intoxication. Said notice shall be given within 20 working days after the date the case is set for trial pursuant to G.S. 7A-49.4 or such other later time as set by the Court. The State moves the Court to order the defense to disclose the identity of any and all alibi witnesses no later than two weeks before trial. As to the defenses of duress, entrapment, insanity, automatism or involuntary intoxication, the State moves the Court to order the defense to include specific information as to the nature and the extent of the defense with the notice of defense.

Pursuant to N.C.G.S. 15A-905(c)(2), the State moves the Court to order the defense to give the State notice of the defense's expert witnesses that the defendant reasonably intends to call at trial. Said notice shall include curriculum vitae, the expert's opinion and the underlying basis for the expert opinion.

Pursuant to N.C.G.S. 15A-905(c)(3), the State moves the Court to order the defense to give the State, at the beginning of jury selection, a written list of the names of all witnesses whom the defendant reasonably expects to call during the trial.

The State specifically requests the Court to set a specific date and deadline for the defense to comply with the requests of the State.

**WHEREFORE** , the State **PRAYS** the Court to **ORDER** the Defendant to produce the foregoing discovery requests within the time set forth by the Court.

This the _____ 5th _____ day of ___ June ___ , 2007 _____.

Vanessa Burton
Assistant District Attorney
16B Prosecutorial District
Box 19
Robeson County Courthouse
Lumberton, North Carolina 28358

## CERTIFICATE OF SERVICE

The undersigned certifies that the State's Voluntary Discovery Response, Motion for Reciprocal Discovery, Notice of Intent and the above checked items were duly served on defense attorney _____ Brunch _____ by depositing a copy in the box of said attorney located in the office of the Robeson County Clerk of Superior Court or by First Class Mail to said attorney's business address or by Hand Delivery to said attorney or an employee of said attorney.

This the _____ 5th _____ day of ___ June ___ , 2007 _____.

Vanessa Burton
Assistant District Attorney
16B Prosecutorial District
Box 19
Robeson County Courthouse
Lumberton, North Carolina 28358

**Hand delivery received by** _____ **on this the**
_____ **day of** _____ , _____ .





STATE  OF  NORTH  CAROLINA

ROBESON     COUNTY

STATE VERSUS

FILE NO: 05 CRS 055737
IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

---

GREEN,DONALD,REID
1071 W TOBERMORY RD

PARKTON        NC  28371

:     NOTICE OF RETURN OF
:
:     BILL OF INDICTMENT
:
:         G.S. 15A-630

---

TO THE DEFENDANT NAMED ABOVE:

TAKE NOTICE THAT THE GRAND JURY OF THE COUNTY NAMED ABOVE HAS RETURNED THE
ATTACHED TRUE BILL(S) OF INDICTMENT CHARGING YOU WITH THE OFFENSE(S) SPECIFIED.

YOU ARE INFORMED THAT THERE ARE IMPORTANT TIME LIMITATIONS ON YOUR RIGHT TO
DISCOVERY OF THE EVIDENCE AGAINST YOU.  (SEE G.S. 15A-902 PRINTED ON THE
ATTACHED SHEET.)

THIS NOTICE IS ISSUED UPON THE ORDER OF THE PRESIDING JUDGE.

YOU MUST APPEAR IN SUPERIOR COURT AT THE DATE, TIME AND PLACE SHOWN BELOW
TO ANSWER THE CHARGES IN THIS INDICTMENT.
NOTICE TO DEFENDANT:  IF AN EARLIER COURT DATE IS SET IN A RELEASE ORDER, YOU
MUST APPEAR AT THAT TIME ALSO.  IF THE DATE BELOW IS BLANK OR HAS PASSED, YOU
MAY FIND THE COURT DATE ON THE INTERNET AT
            http://www1.aoc.state.nc.us/www/calendars/CriminalQuery.html
PLEASE NOTE THAT THIS ADDRESS IS CASE SENSITIVE AND THEREFORE MUST BE TYPED INTO
YOUR BROWSER EXACTLY AS IT APPEARS HERE.

DATE: _6-11-07_ TIME: _10:00_ :X: AM :_: PM   PLACE: _Mon Courtroom 2A_

NOTE:  ATTACH TRUE BILL(S) OF              DATE ISSUED     05/16/07
INDICTMENT AND A COPY OF THE
ORDER FOR ARREST, IF APPROPRIATE.

SIGNATURE _____
         :X: DEPUTY CSC  :_: ASSISTANT CSC  :_: CLERK OF SUPERIOR COURT

---

CERTIFICATE OF NOTICE

I CERTIFY THAT I ISSUED A COPY OF THIS NOTICE TO THE DEFENDANT NAME ABOVE
AT THE ADDRESS SHOWN BY:

:_: MAILING IT THROUGH THE U.S. POSTAL SERVICE.

:_: ATTACHING IT TO AN ORDER FOR ARREST TO BE SERVED ON THE DEFENDANT.

:X: OTHER: (SPECIFY) By placing a copy in Attorney's box

DATE 5-17-07  SIGNATURE _____

AOC-CR-215 CG, REV. 1/91              ORIGINAL-FILE      COPY-DEFENDANT

David Branch

| STATE OF NORTH CAROLINA | File No. 05CRS55737 |
| In the General Court of Justice Superior Court Division | |
| | Film No. |
| ROBESON COUNTY | |

STATE VERSUS

DEFENDANT

DONALD REID GREEN

INDICTMENT

I. FELONY POSSESSION OF COCAINE

| DATE OF OFFENSE: 9/1/05 | OFFENSE IN VIOLATION OF G.S 90-95(D)(2), 90-113.22 | II. POSSESSION OF DRUG PARAPHERNALIA |

I.        The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above, the defendant named above unlawfully, willfully and feloniously did possess Cocaine, a controlled substance, which is included in Schedule II of the North Carolina Controlled Substances Act, all against the form of the statute in such case made and provided and against the peace and dignity of the State.

II.        And, the jurors for the State upon their oath present that on or about the date of offense shown and in the county named above, the defendant named above unlawfully and willfully did knowingly possess with intent to use drug paraphernalia, a plastic bag, a brillo pad, and two crack stems used to prepare, or package, or store, or contain and introduce into the body a controlled substance which it would be unlawful to possess, all against the form of the statute in such case made and provided and against the peace and dignity of the State.

Signature of Prosecutor

WITNESSES

☑ K. RICHARDSON, LPD   ☐

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this bill was found to be

☑ A TRUE BILL by twelve or more grand jurors, and I the under-signed Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Date MAY 1 4 2007   Signature of Grand Jury Foreman

DH

# STATE OF NORTH CAROLINA

**ROBESON** County

| File No. | 05CR 055737 |
|---|---|

In the General Court of Justice
District Court Division

**No Image Available**

| Name And Mailing Address of Defendant | Appearance Bond No. | 05AB 055737-01 |
|---|---|---|

DONALD REID GREEN
1071 W TOBERMORY RD
PARKTON NC 28371

## APPEARANCE BOND
## FOR PRETRIAL RELEASE

| Social Security No. | Telephone No. Of Defendant |
|---|---|
| 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 | 910-858-0418 |

| Total Bond Required | Amount of This Bond |
|---|---|
| $5,000.00 | $5,000.00 |

G.S. Chapter 15A-531, 15A-534, 15A-544.2

Offenses and Additional File Numbers
05CR 055737 PWISD COCAINE; POSSESS DRUG PARAPHERNALIA

[X] **Unsecured Appearance Bond** - I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

[ ] **Cash Appearance Bond** *(See note on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above; and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

[ ] **Surety Appearance Bond** - We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

[ ] *(licensed professional bondsman)* - The "Affidavit Of Licensed Professional Bondsman" on the reverse side of this Bond is complete and true.

[ ] **Cash Deposited by Surety** *(See note on reverse side.)* - We have deposited the cash identified below to secure our obligations as sureties on this bond with the understanding that the deposit will be returned to us upon the Court's determination that the conditions of pretrial release have been performed, and that it will NOT be available to satisfy defendant's obligation.

| Date Of Execution Of Bond | Signature Of Defendant |
|---|---|
| 09/02/2005 | |

## ACCOMMODATION BONDSMAN

[ ] See Page Two for additional accommodation bondsmen executing this bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |

| Social Security No. | Telephone No. | Social Security No. | Telephone No. |
|---|---|---|---|

## PROFESSIONAL BONDSMAN

| Name Of Bondsman | Name Of Runner, If Applicable |
|---|---|

| License No. Of Bondsman | License No. Of Runner |
|---|---|

## INSURANCE COMPANY

| Name Of Insurance Company | Name Of Bail Agent |
|---|---|

| Power Of Appointment No. Of Bail Agent as Registered In The Clerk's Office | License No. Of Bail Agent |
|---|---|

## SIGNATURE

| Signature Of Surety | Signature Of Surety |
|---|---|

| SWORN AND SUBSCRIBED TO BEFORE ME | SWORN AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 09/02/2005  Signature  THOMAS W ESPEY | Date  Signature |
| Title  Magistrate | Title |

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (Type or Print) | Receipt No. |
|---|---|---|

NOTE: If cash deposited, see note on reverse side.

AOC-CR-201 Rev 9/03
© 2003 Administrative Office of the Courts

(see CR-238 if release after judgment in Superior Court)

Original-File
(Over)

**ORIGINAL**

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required and will at all times remain amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. If the defendant appears as ordered and otherwise performs the foregoing conditions of the bond, then the bond is to be void, but if the defendant fails to obey any of these conditions, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on page two, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime.

## AFFIDAVIT OF LICENSED PROFESSIONAL BONDSMAN

**NOTE:** *"Licensed professional bondsmen must file with the clerk of court having jurisdiction over the principal, an affidavit, a form furnished by the Administrative Office of the Court." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount of Premium Promised<br>$ | Date Due | Amount of Premium Received<br>$ | |
|---|---|---|---|
| Name of Person From Whom Collateral Received | Nature of Collateral | | Value |

**AFFIX STAMP OR<br>POWER OF ATTORNEY<br>HERE**

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Signature of Custodian | ☐ Sheriff | ☐ Deputy Sheriff | ☐ Other _____ |
|---|---|---|---|---|

### NOTES ON CASH BONDS:

(1) *To Official Taking The Bond. Use this form for all cash bonds. Only magistrate or clerk may take cash bond. Jailer may not take cash bond. Complete this form as follows:*

*When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and SS# at the top of Side One. Check "Cash Appearance Bond." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.*

*When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and SS# at the top of Side One. Check "Surety Appearance Bond." Also check "Cash Deposited By Surety." Have defendant sign. Enter name, address and SS# of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.*

(2) *To Bookkeeper. When case disposed, disburse cash as follows: (1) If "Cash Appearance Bond" checked on Side One, disburse to Defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" and "Cash Deposited by Surety" are checked on Side One, disburse only to person named under "Accommodation Bondsman."*

(3) *Bond With Insurance Company As Surety Same As Cash Except In Child Support. G.S. 15A-531(4) provides that an appearance bond executed by a bail agent acting on behalf of an insurance company is the same as a cash bond, except in child support contempt proceedings where only cash may satisfy a cash bond requirement.*

AOC-CR-201, Side Two, Rev 9/03<br>© 2003 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

**ROBESON** County

File No. **05CR 055737**

In the General Court of Justice
District Court Division

No Image Available

| | |
|---|---|
| Name And Mailing Address of Defendant<br><br>DONALD REID GREEN<br>1071 W TOBERMORY RD<br>PARKTON NC 28371 | Appearance Bond No **05AB 055737-01**<br><br>**APPEARANCE BOND**<br>**FOR PRETRIAL RELEASE** |

| | | |
|---|---|---|
| Social Security No.<br>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 | Telephone No. Of Defendant<br>910-858-0418 | |
| Total Bond Required<br>$5,000.00 | Amount of This Bond<br>$5,000.00 | G.S. Chapter 15A-531, 15A-534, 15A-544.2 |

Offenses and Additional File Numbers
05CR 055737 PWISD COCAINE; POSSESS DRUG PARAPHERNALIA

[X] **Unsecured Appearance Bond -** I, the undersigned defendant, acknowledge that my personal representatives and I are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

[ ] **Cash Appearance Bond** *(See note on reverse side.)* - I, the undersigned defendant, acknowledge that I am bound to pay the State of North Carolina the sum shown above; and hereby deposit the cash identified below as security with the understanding that the deposit will be returned upon the Court's determination that the conditions of release have been performed, subject to the conditions of this Bond stated on the reverse side, and that it will be available to satisfy my obligations.

[ ] **Surety Appearance Bond -** We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to pay the State of North Carolina the sum shown above, subject to the conditions of this Bond stated on the reverse side.

    [ ] *(licensed professional bondsman)* - The "Affidavit Of Licensed Professional Bondsman" on the reverse side of this Bond is complete and true.

    [ ] **Cash Deposited by Surety** *(See note on reverse side.)* - We have deposited the cash identified below to secure our obligations as sureties on this bond with the understanding that the deposit will be returned to us upon the Court's determination that the conditions of pretrial release have been performed, and that it will NOT be available to satisfy defendant's obligation.

| | |
|---|---|
| Date Of Execution Of Bond<br>09/02/2005 | Signature Of Defendant |

## ACCOMMODATION BONDSMAN

[ ] See Page Two for additional accommodation bondsmen executing this bond.

| Name And Address Of Accommodation Bondsman | Name And Address Of Accommodation Bondsman |
|---|---|
| | |

| Social Security No. | Telephone No. | Social Security No. | Telephone No. |
|---|---|---|---|
| | | | |

## PROFESSIONAL BONDSMAN

| Name Of Bondsman | Name Of Runner, If Applicable |
|---|---|
| | |

| License No. Of Bondsman | License No. Of Runner |
|---|---|
| | |

## INSURANCE COMPANY

| Name Of Insurance Company | Name Of Bail Agent |
|---|---|
| | |

| Power Of Appointment No. Of Bail Agent as Registered In The Clerk's Office | License No. Of Bail Agent |
|---|---|
| | |

## SIGNATURE

| Signature Of Surety | Signature Of Surety |
|---|---|
| | |

| SWORN AND SUBSCRIBED TO BEFORE ME | SWORN AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date<br>09/02/2005    Signature<br>THOMAS W ESPEY | Date    Signature |
| Title<br>Magistrate | Title |

## COMPLETE IF CASH DEPOSITED

| Signature Of Official Accepting Cash | Name Of Official Accepting Cash (Type or Print) | Receipt No. |
|---|---|---|
| | | |

NOTE: If cash deposited, see note on reverse side.

AOC-CR-201 Rev 9/03
© 2003 Administrative Office of the Courts

(see CR-238 if release after
judgment in Superior Court)

Original-File
(Over)

**FILE COPY**

## CONDITIONS

The conditions of this Bond are that the above named defendant shall appear in the above entitled action(s) whenever required and will at all times remain amenable to the orders and processes of the Court. It is agreed and understood that this Bond is effective and binding upon the defendant and each surety throughout all stages of the proceedings in the trial divisions of the General Court of Justice until the entry of judgment in the district court from which no appeal is taken or until the entry of judgment in the superior court. If the defendant appears as ordered and otherwise performs the foregoing conditions of the bond, then the bond is to be void, but if the defendant fails to obey any of these conditions, the Court will forfeit the bond pursuant to Part 2 of Article 26 of Chapter 15A of the General Statutes.

Each accommodation bondsman, by signing on the reverse or on page two, states: "I have reached the age of 18 years and am a bona fide resident of North Carolina. Aside from love and affection and release of the above named defendant, I have received no consideration for acting as surety. I own sufficient property over and above all liabilities, homestead and other exemptions allowed me by law to enable me to pay this Bond should it be ordered forfeited. I understand that if I sign this Bond without sufficient property, I am guilty of a crime.

## AFFIDAVIT OF LICENSED PROFESSIONAL BONDSMAN

NOTE: *"Licensed professional bondsmen must file with the clerk of court having jurisdiction over the principal, an affidavit, a form furnished by the Administrative Office of the Court." G.S. 58-71-140(d). Check all options that apply.*

☐ 1. I have not, nor has anyone for my use, been promised or received any collateral, security or premium for executing this Bond.

☐ 2. I have been promised a premium in the amount shown below, which is due on the date shown below.

☐ 3. I have received a premium in the amount shown below.

☐ 4. I have been given collateral security by the person named below, of the nature and in the amount shown below.

| Amount of Premium Promised | Date Due | Amount of Premium Received |
| --- | --- | --- |
| $ | | $ |

| Name of Person From Whom Collateral Received | Nature of Collateral | Value |
| --- | --- | --- |
| | | |

### AFFIX STAMP OR
### POWER OF ATTORNEY
### HERE

## RETURN OF CUSTODIAN OF DETENTION FACILITY

The defendant named on the reverse was released from my custody on the date shown below upon the execution of this Appearance Bond.

| Date Defendant Released | Signature of Custodian | ☐ Sheriff   ☐ Deputy Sheriff   ☐ Other_____ |
| --- | --- | --- |
| | | |

### NOTES ON CASH BONDS:

(1)  To Official Taking The Bond. Use this form for all cash bonds. Only magistrate or clerk may take cash bond. Jailer may not take cash bond. Complete this form as follows:

When Cash Deposited By Defendant Or By Another Person Who Intends For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and SS# at the top of Side One. Check "Cash Appearance Bond." Have defendant sign. Do no more. No other person's name should appear on this form. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to DEFENDANT, not to any other person.

When Cash Deposited By Another Person Who Does NOT Intend For The Cash To Be Used To Satisfy The Defendant's Obligations. Enter defendant's name, address and SS# at the top of Side One. Check "Surety Appearance Bond." Also check "Cash Deposited By Surety." Have defendant sign. Enter name, address and SS# of person depositing cash under "Accommodation Bondsman." Have that person sign under "Signature of Surety." Complete notarization for that person. Enter your name, sign and enter receipt number under "Complete If Cash Deposited." Make receipt out to person depositing the cash.

(2)  To Bookkeeper. When case disposed, disburse cash as follows: (1) If "Cash Appearance Bond" checked on Side One, disburse to Defendant or apply to defendant's obligations if court so orders. (2) If "Surety Appearance Bond" and "Cash Deposited by Surety" are checked on Side One, disburse only to person named under "Accommodation Bondsman."

(3)  Bond With Insurance Company As Surety Same As Cash Except In Child Support. G.S. 15A-531(4) provides that an appearance bond executed by a bail agent acting on behalf of an insurance company is the same as a cash bond, except in child support contempt proceedings where only cash may satisfy a cash bond requirement.

05 CR 55737

Fil...

# STATE OF NORTH CAROLINA

Robeson _____ County

**In The General Court Of Justice**
☑ District ☐ Superior Court Division

### STATE VERSUS

Name Of Defendant
Oxnald R Green

## WAIVER OF COUNSEL

G.S. 7A-457; 15A-1242

Additional File No.(s) And/Or Offense(s)

| ACKNOWLEDGMENT OF RIGHTS AND WAIVER |
|---|

As the undersigned party in this action, I freely and voluntarily declare that I have been fully informed of the charges against me, the nature of and the statutory punishment for each such charge, and the nature of the proceedings against me; that I have been advised of my right to have counsel assigned to assist me and my right to have the assistance of counsel in defending against these charges or in handling these proceedings, and that I fully understand and appreciate the consequences of my decision to waive the right to assigned counsel and the right to assistance of counsel.

I freely, voluntarily and knowingly declare that:

(check only one)

☑ 1. I waive my right to assigned counsel and that I, hereby, expressly waive that right.

☐ 2. I waive my right to all assistance of counsel which includes my right to assigned counsel and my right to the assistance of counsel. In all respects, I desire to appear in my own behalf, which I understand I have the right to do.

**SWORN AND SUBSCRIBED TO BEFORE ME**

Date
9 - 2 - 05

Date
9 - 2 - 05

Signature
Wina Hammonds

Signature Of Defendant

☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

| CERTIFICATE OF JUDGE |
|---|

I certify that the above named defendant has been fully informed in open court of the charges against him/her, the nature of and the statutory punishment for each charge, and the nature of the proceeding against the defendant and his/her right to have counsel assigned by the court and his/her right to have the assistance of counsel to represent him/her in this action; that the defendant comprehends the nature of the charges and proceedings and the range of punishments; that he/she understands and appreciates the consequences of his/her decision and that the defendant has voluntarily, knowingly and intelligently elected in open court to be tried in this action:

(check only one)

☑ 1. without the assignment of counsel.

☐ 2. without the assistance of counsel, which includes the right to assigned counsel and the right to assistance of counsel.

**NOTE:** For a waiver of assigned counsel only, both blocks numbered "1" must be checked. For a waiver of all assistance of counsel, both blocks numbered "2" must be checked.

Date
9 - 2 - 05

Signature Of Judge

Name Of Judge (Type Or Print)
James G Bell

AOC-CR-227, Rev. 6/97
© 1997 Administrative Office of the Courts

COUNTY OF ROBESON

STATE OF NORTH CAROLINA

-vs-

Douglal Green

**DEFENDANT**

DISTRICT COURT DIVISION

FILE NO: _SCR 5S737_

FIRST APPEARANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned having conducted a first appearance, now makes the following determination and entries as indicated by check mark:

(1)_____ Defendant is represented by_____,Attorney.
(If so, go to 6.)

(2)___✓___ The Defendant has been informed of his rights to remain silent and that anything he says may be used against him; and that he has important legal rights which may be waived unless asserted in a timely and proper manner and that counsel may be of assistance to the defendant in advising and acting in defendant's behalf.

(3)_____ The Defendant requested the appointment of counsel and was (not) (found) to be indigent and counsel was (not) appointed.

(4)___✓___ The Defendant has been advised that if he desires to be represented by counsel that he should obtain counsel promptly.

(5)___✓___ The Defendant has signed a waiver of the appointment of counsel.

(6)___✓___ The Defendant is properly charged with one or more felonies and defendant has been advised of said charges.

(7)___✓___ The Defendant or Attorney has been furnished a copy of all charges.

(8)___✓___ Bail has been (determined) (reviewed) for the defendant.

(9)___✓___ The Probable Cause Hearing procedure was explained to the defendant and same was (not) waived.

(10)_____ The Defendant indicates a desire to employ counsel and has been advised that the Probable Cause Hearing will not be continued, except for extraordinary cause.

NOW, THEREFORE IT IS ORDERED:

(A)  Probable Cause Hearing is set for _____Lton_____ District

Court on _____9-28-05_____, _____.

(B)  Upon waiver of Probable Cause Hearing the Defendant is BOUND OVER to SUPERIOR COURT for the Session be be held_____,
19_____.

(C)  _____

_____

THIS THE _2_ DAY OF_____Sept_____, _2005_.

G Bell

DISTRICT COURT JUDGE

CSC-1

K. Richardson L tan P. D.

**STATE OF NORTH CAROLINA**

ROBESON _____ County

File No. **05CR 055737**

In the General Court of Justice
District Court Division

No Image Available

**STATE VERSUS**

Release Order No. **05RO 055737-01**

Name And Address of Defendant

DONALD REID GREEN
1071 W TOBERMORY RD
PARKTON NC 28371

**CONDITIONS OF RELEASE
AND RELEASE ORDER**

Amount of Bond $5,000.00

G.S. Chapter 15A, Art 25,26

Offenses and Additional File Numbers
05CR 055737 PWISD COCAINE; POSSESS DRUG PARAPHERNALIA

| Location Of Court | | Date | Time |
|---|---|---|---|
| LUMBERTON Room:3C | District | 09/02/2005 | 09:00 AM |

To The Defendant Named Above, you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

☒ Your release is authorized upon execution of your:

☐ WRITTEN PROMISE to appear

☐ CUSTODY RELEASE

You will be arrested if you violate the following restrictions:

☒ UNSECURED BOND in the amount shown above

☐ SECURED BOND in the amount shown above

☐ Your release is not authorized.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.

Additional Information

| Date | Signature Of Judicial Official | | Title |
|---|---|---|---|
| 09/02/2005 | THOMAS W ESPEY | | Magistrate |

**ORDER OF COMMITMENT**

To The Custodian Of The Detention Facility Named Below, you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to:

☐ produce him/her in Court as provided above.     ☒ hold him/her for the following purpose:

**CUSTODY RELEASE TO JERRY DANIELS**

☐ [Check in all domestic violence cases covered by G.S. 15A-534.1(b)]  produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before *[enter date and time 48 hours after time of arrest]* _____ produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Signature Of Judicial Official |
|---|---|---|
| ROBESON COUNTY JAIL | 09/02/2005 | THOMAS W ESPEY |

**WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE**

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| 09/02/05 | | |

Name of Person Agreeing to Supervise Defendant (Type or Print)
Jerry Daniels

Address Of Person Agreeing To Supervise Defendant

**DEFENDANT RELEASED ON BAIL**

| Date | Time | Signature of Jailer |
|---|---|---|

AOC-CR-200 Rev 3/02
© 2002 Administrative Office of the Courts

**COURT COPY**

## CONDITIONS OF RELEASE MODIFICATION

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature of Jailer |
|---|---|---|
| 9-2-05 | 0745 | KDD |
| | 0 | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:**    *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev 3/02
© 2002 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 05CR 055737 | No Image Available |
|---|---|---|---|
| ROBESON County | | In the General Court of Justice District Court Division | |

| STATE VERSUS | Release Order No. 05RO 055737-01 |
|---|---|

**Name And Address of Defendant**

DONALD REID GREEN
1071 W TOBERMORY RD
PARKTON NC 28371

## CONDITIONS OF RELEASE AND RELEASE ORDER

Amount of Bond $5,000.00

G.S. Chapter 15A, Art 25,26

**Offenses and Additional File Numbers**
05CR 055737 PWISD COCAINE; POSSESS DRUG PARAPHERNALIA

| Location Of Court LUMBERTON Room:3C | District | Date 09/02/2005 | Time 09:00 AM |
|---|---|---|---|

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel, family and friends.

[X] Your release is authorized upon execution of your:

☐ WRITTEN PROMISE to appear

☐ CUSTODY RELEASE

[X] UNSECURED BOND in the amount shown above

☐ SECURED BOND in the amount shown above

You will be arrested if you violate the following restrictions:

☐ Your release is not authorized.

☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.

☐ This was the defendant's second or subsequent failure to appear in this case.

**Additional Information**

| Date 09/02/2005 | Signature Of Judicial Official THOMAS W ESPEY | Title Magistrate |
|---|---|---|

### ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to:

☐ produce him/her in Court as provided above.   [X] hold him/her for the following purpose:

CUSTODY RELEASE TO JERRY DANIELS

☐ [Check in all domestic violence cases covered by G.S. 15A-534.1(b)]  produce him/her at the first session of district or superior court held in this county after the entry of this Order or, if no session is held before *[enter date and time 48 hours after time of arrest]* _____
produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility ROBESON COUNTY JAIL | Date 09/02/2005 | Signature Of Judicial Official THOMAS W ESPEY |
|---|---|---|

### WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|

| Name of Person Agreeing to Supervise Defendant (Type or Print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|

### DEFENDANT RELEASED ON BAIL

| Date | Time | Signature of Jailer |
|---|---|---|

AOC-CR-200 Rev 3/02
© 2002 Administrative Office of the Courts

## ORIGINAL COPY

## CONDITIONS OF RELEASE MODIFICATION

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature of Jailer |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:**   *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev 3/02
© 2002 Administrative Office of the Courts

| File No. **05CR 055737** | STATE OF NORTH CAROLINA | In The General Court of Justice |
|---|---|---|
| **MAGISTRATE'S ORDER** | **ROBESON** _____ County | District Court Division |

No Image Available

**Offense**

I PWISD COCAINE

II POSSESS DRUG PARAPHERNALIA

---

### THE STATE OF NORTH CAROLINA VS.

**Name, Address & Telphone No. of Defendant**

DONALD REID GREEN
1071 W TOBERMORY RD
PARKTON NC 28371
910-858-0418 ROBESON County

| Race | Sex | Date of Birth | Age |
|---|---|---|---|
| B | M | 04/08/1966 | 39 |

| Social Security No. | Drivers License No. & State |
|---|---|
| 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 | |

**Name of Defendant's Employer**

| Offense Code | Offense in Violation of G.S. |
|---|---|
| I 3555 | I 90-95(A) |
| | II 90-113.22 |
| II 3401 | |

| | Date of Offense |
|---|---|
| | 09/01/2005 |

**Date of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

09/01/2005        S74439Y

**Arresting Officer (Name, Address or Department, Phone No.)**

K RICHARDSON (LUMBERTON PD)
1305 GODWIN AVE
LUMBERTON NC 28358

**Witnesses (Names, Addresses, Phone Numbers)**

---

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess with the intent to sell and deliver a controlled substance, namely APPROXIMATELY 6 GRAMS of cocaine, which is included in Schedule II of the North Carolina Controlled Substances Act.

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did knowingly possess with intent to use drug paraphernalia, PLASTIC BAG, BRILLO PAD, AND TWO CRACK STEMS to prepare, package, store, contain and introduce into the body a controlled substance which it would be unlawful to possess.

This act was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

| Signature | Location of Court |
|---|---|
| THOMAS W ESPEY | LUMBERTON   Room 3C |
| Magistrate | Court Date: 09/02/2005 | Court Time: 09:00   AM |

| ☒ Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 09/02/2005 |
|---|---|

AOC-CR-116, Rev 8/97 (Structured Sentencing)
© 1997 Administrative Office of the Courts

**ORIGINAL COPY**

ORIGINAL COPY

| District-Attorney · | Attorney For Defendant At Time of Trial or Plea | ☐ Appointed | PRIOR CONVICTIONS | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ Retained  ☐ Waived | No/Level _0_  ☐ I(0)  ☐ II(1-4)  ☐ III(5+) | | | | |

PLEA: ☐ guilty ☐ no contest _____  VERDICT: ☐ guilty _____   M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3

☐ guilty ☐ no contest _____   ☐ guilty _____   M.CL. ☐ A1 ☐ 1 ☐ 2 ☐ 3

☐ not guilty _____   ☐ not guilty _____

JUDGMENT: The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____.

☐ be imprisoned for a term of _____ days in the custody of the sheriff.   ☐ DOC. Pretrial credit _____ days served.

☐ Work release ☐ is recommended ☐ is NOT recommended ☐ is ordered. *[use form AOC-CR-602]*

☐ The court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.

☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below

| Fine | Restitution * | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

* Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.

☐ case be consolidated for judgment with _____

☐ sentence is to run at the expiration of the sentence in _____

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

PROBABLE CAUSE: ☐ Probable cause is found as to all counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.

☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name of District Court Judge or Magistrate (Type or Print) | Signature of District Court Judge or Magistrate |
|---|---|---|

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered to Sheriff | Signature | ☐ Dep. CSC ☐ Assist CSC ☐ CSC |
|---|---|---|---|

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

| Date | Signature of District Court Judge or Magistrate |
|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|
| | Signature Of Attorney |

NOTE: If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

Exhibit 4

EXHIBIT 4
Case 17-11043   Doc 192   Filed 03/15/19   Page 51 of 68

File No.
10 CVD 2247

# STATE OF NORTH CAROLINA

Robeson _____ County FILED

In The General Court Of Justice
☐ Small Claims ☑ District ☐ Superior Court Division

*Name Of Plaintiff*
William E McCormick      2010 SEP 13  AM 8: 38

**VERSUS** ROBESON CO....C.

*Name Of Defendant*
Zeddie Green      BY

**NOTICE OF
VOLUNTARY DISMISSAL**
☑ COMPLAINT
☐ COUNTERCLAIM
☐ OTHER _____

G.S. 1A-1, Rule 41

*Complete the following information if known:*
*Court Date*      *Time*      *Location*
☐ AM ☐ PM

☑ The plaintiff gives notice of voluntary dismissal ☐ with prejudice   ☑ without prejudice
in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal ☐ with prejudice   ☐ without prejudice
in this case only as to the defendants named below and this case remains open as to defendants not listed.
*(Name of defendants for whom dismissal taken.)*

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice   ☐ without prejudice
of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice   ☐ without prejudice
in this case only as to the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed.
*(Name of plaintiffs for whom dismissal taken.)*

☐ Other:

*Date*
9-13-10

*Plaintiff Or Attorney*
_____ W. D. M

*Date*

*Defendant Or Attorney*

**NOTE TO CITY OR COUNTY PLAINTIFF:** *If, pursuant to G.S. 7A-317, you were not required to advance costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. You may not refile this lawsuit wthout paying the costs. G.S. 1A-1, Rule 41.*

AOC-CV-405, Rev. 11/02
©2002 Administrative Office of the Courts

NORTH CAROLINA

ROBESON COUNTY

William E. McCormick
    Plaintiff

-VS-

Zeddie Green
    Defendant

In the General Court of Justice
District Court Division
10 CVD 2247

)
)
)
)
)
)
)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the Notice of Appeal filed herein on July 29, 2010, on the opposing party by placing a copy, contained in a first-class postage-paid wrapper, into a depository under the exclusive custody of the United States Postal Service, on August 17, 2010, addressed as follows:

> William E. McCormick
> 217 N. Duffie Road
> Red Springs, NC 28377

This document is executed on September __2__, 2010.

Robert E. Price
Attorney for the Defendant
P. O. Box 630
Lumberton, NC 28359
910-739-8172

r4884.wpd-2005-9/2/10-11:37 am

NORTH CAROLINA
ROBESON COUNTY

FILED

In the General Court of Justice
District Court Division
10 CVD 2247

2010 AUG 30  PM 3: 28

ROBESON CO. ___, C.S.C.

BY ___

William E. McCormick
Plaintiff

-VS-

Zeddie Green
Defendant

NOTICE OF HEARING and
MOTION FOR
JUDGMENT ON THE PLEADINGS
(JOPL)



## NOTICE OF HEARING

TO:   Zeddie Green

PLEASE TAKE NOTICE that the undersigned will bring the following Motion on for hearing before the Robeson County District Court on September 13, 2010, at 9:00 o'clock a.m., or as soon thereafter as the Court can hear it.

## MOTION

The Plaintiff moves the Court pursuant to Rule 12(c) of the Rules of Civil Procedure that judgment be entered for the Defendant on the pleadings. The undisputed facts appearing in the pleadings entitle the Defendant to a dismissal with prejudice as a matter of law.

This document is executed on August __30__, 2010.

_Robert E. Price_

Robert E. Price
Attorney for the Defendant
P. O. Box 630
Lumberton, NC 28359
910-739-8172

- Page 1 -

## CERTIFICATE OF SERVICE

FILED

The undersigned certifies that a copy(ies) of the foregoing Notice and Motion for Judgment on the Pleadings was served on the following person(s) by depositing a copy(ies) of the Notice and Motion for Judgment on the Pleadings with the U. S. Postal Service on the date indicated below, with first class postage prepaid, addressed as indicated:

> William E. McCormick
> 217 N. Duffie Road
> Red Springs, NC 28377

This certificate is executed on August __30__, 2010.

Robert E. Price

Robert E. Price

r4874.wpd-2005-8/30/10-3:02 pm

- Page 2 -

NORTH CAROLINA
ROBESON COUNTY

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

| CIVIL CALENDAR REQUEST |

FILED

(Check)

    X   ADMINISTRATIVE SESSION _____

_____ NON JURY DOMESTIC SESSION _____

_____ NON JURY NON DOMESTIC SESSION _____

_____ JURY SESSION _____

(Date)
2010 AUG 30   PM 3: 28
September 13, 2010
ROBESON COUNTY, C.S.C.
BY _____

| 10 CVD 2247 | William E. McCormick | VS. | Zeddie Green |
| FILE # | PLAINTIFF(S) | | DEFENDANT(S) |

ADDRESS _____    ADDRESS _____

N.A.
PLAINTIFF(S) ATTORNEY

ROBERT E. PRICE
DEFENDANT(S) ATTORNEY

ATTORNEY ADDRESS

Post Office Box 630
ATTORNEY ADDRESS

Lumberton, NC  28359

(Check)

_____ UNCONTESTED DIVORCE

_____ MATTERS TO BE HEARD WITHIN 10 DAYS

_____ MOTION IN DOMESTIC CASE WITH CHILD SUPPORT

_____ MOTION IN DOMESTIC CASE NO CHILD SUPPORT

    X   MOTION IN NON DOMESTIC CASE - Judgment on the Pleadings

_____ TRIAL (MUST BE FILED 28 DAYS PRIOR TO THE 1ST DAY OF THE SESSION)

_____ PRETRIAL CONFERENCE

_____ OTHER _____

(Check)

_____ COPY MAILED TO PARTY OR ATTORNEY ON _____
                                             DATE

_____
Address of Party used to mail Party a copy

    X   PARTY SERVED OTHERWISE; SEE NOTICE IN FILE

DATE: August 30, 2010             Robert E. Price
                           SIGNATURE

r4874.wpd-2005-8/30/10-3:02 pm

FILED

NORTH CAROLINA
ROBESON COUNTY

In the General Court of Justice
District Superior Court Division
10 CVD 2247

William E. McCormick
        Plaintiff

-VS-

Zeddie Green
        Defendant

ANSWER
(ANSW-Response)

The Defendant, answering the Plaintiff's Complaint, says:

1.  It is admitted that the Plaintiff started working for Evergreen Rehabilitation Center on July 6, 2009, as a security officer at $8.00 per hour, that he was transferred on August 13, 2009, to work as the third-shift shift commander, and that he has talked with various individuals about his pay.

2.  The balance of the allegations of the Complaint are denied.

### FURTHER ANSWER AND DEFENSE

For a further answer and defense, the Defendant says:

3.  Evergreen Rehabilitation Center is owned and operated by Green Manor Rest Home, Inc.

4.  The Defendant is merely a stockholder in Green Manor Rest Home, Inc.

5.  The Defendant does not employ, and never has employed, the Plaintiff.

6.  The Defendant has no debt or obligation to the Plaintiff.

    Wherefore, the Defendant prays the Court that:

7.  The Plaintiff have and recover nothing from the Defendant.

8.  The costs of this action, including any appropriate attorney fees, be taxed against the Plaintiff.

9.  The Defendant be awarded such other and further relief as the Court may deem just and proper.

    This document is executed on August _30_, 2010.

_Robert E. Price_

Robert E. Price
Attorney for the Defendant
P. O. Box 630
Lumberton, NC 28359
910-739-8172

- Page 1 -

NORTH CAROLINA  )
                )          VERIFICATION
ROBESON COUNTY  )

     Zeddie Green, being first duly sworn or affirmed, deposes and says that she is the Defendant in the foregoing action; that she has read the foregoing Answer and knows the contents thereof; that the same is true of her own knowledge, save and except those matters set forth upon information and belief, and as to those matters, she verily believes them to be true.

*Zeddie B. Green*
Zeddie Green

Sworn to or affirmed and subscribed
before me on August 27, 2010.

*Judy Blue*
Notary Public

My Commission Expires:  12-8-2014

GRADY BLUE JR.
NOTARY
MY COMMISSION EXPIRES 12-8-2014
PUBLIC
SAMPSON COUNTY, NC

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing Answer was served on the following person by depositing a copy of the Answer with the U. S. Postal Service on the date indicated below, with first class postage prepaid, addressed as indicated:

        William E. McCormick
        217 N. Duffie Road
        Red Springs, NC 28377

     This certificate is executed on August 30, 2010.

*Robert E. Price*
Robert E. Price

r4863.wpd-December 17, 2007-8/24/10-11:47 am

**STATE OF NORTH CAROLINA**

FILED

_____ROBESON_____ County

File No.
10 CVD 2247

Film No.

In The General Court Of Justice
☒ District ☐ Superior Court Division ☐ Small Claims

Name Of Plaintiff/Petitioner

William E McCormick

**VERSUS**

Name Of Defendant/Respondent

Freddie Green

**ORDER**

☐ **DISMISSAL**                    ☐ With Prejudice                    ☐ Without Prejudice

This action is dismissed for the following reason:

☐ The plaintiff elected not to prosecute this action and has moved for dismissal.

☐ Neither the plaintiff, nor the defendant appeared on the scheduled trial date.

☐ The plaintiff failed to appear on the scheduled trial date; the defendant did appear on that date and has moved to dismiss this action.

☑ Other:

---

☐ **DISCONTINUANCE [G.S. 1A-1, Rule 4(e)]**

The defendant has never been served in this action, and more than ninety (90) days have elapsed since the last summons was issued.

---

☑ **CONTINUANCE**

The trial of this action is continued to the following date and time on motion of the

☐ Plaintiff

☑ Defendant _had not been served._

☐ Judge or Magistrate

☑ Other: (specify) _attorney Robert Price requested a continuance._

_admin Session_

| Date Of New Trial | Time Of New Trial | | Location Of New Trial |
|---|---|---|---|
| September 13, 2010 | 9:00 | ☑AM ☐PM | ROBESON COUNTY COURTHOUSE LUMBERTON, NC 3B |

☐ **BANKRUPTCY**

It is ordered that this action be removed from the active calendar and placed on inactive status because a petition for bankruptcy has been filed staying this proceeding. This action may be reinstated if the claim is not resolved in the U.S. Bankruptcy or District Courts.

| Date | Signature | ☑ Judge | ☐ Magistrate |
|---|---|---|---|
| August 19, 2010 | | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

AOC-G-108, Rev. 11/02
© 2002 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 10CVM1546 | Abstract No. |

Robeson ~~County~~ County

217 North Rd Red Springs

**Name Of Plaintiff**

William E. McCormick

**VERSUS**

**Name Of First Defendant**

Zeddie Green

**Name Of Second Defendant**

Judgment Book And Page No.

In The General Court Of Justice
District Court Division-Small Claims

**NOTICE OF APPEAL
TO DISTRICT COURT**

G.S. 7A-228, 7A-230

## TO THE CLERK OF SUPERIOR COURT:

As the ☐ plaintiff ☑ defendant in the above captioned action, I hereby give written Notice of Appeal on the judgment entered. This Notice is given within ten (10) days after the date the judgment in this action was entered.

☐ I certify that today I have served copies of this Notice to all parties involved in this action.

I understand that I must pay to the Clerk of Superior Court the court costs for appeal within twenty (20) days after the magistrate rendered judgment, unless I am authorized to appeal as an indigent, or my appeal will be dismissed.

If I am the defendant, I also understand that in certain cases if I wish to stay execution of the judgment, I may be required to sign a bond and that the plaintiff may have an execution issued after ten (10) days if I have not signed the required bond.

Also, I demand that this Appeal be tried before a   ☑ judge.   ☐ jury.

| Date Of Entry Of Judgment | Date Of Appeal | Date Costs Paid | Amount Of Court Costs Paid |
|---|---|---|---|
| 7-29-2010 | 7-29-2010 | 7-29-2010 | $93°° |

| Signature Of Appealing Party | Signature Of Appealing Party |
|---|---|
| Trudy Blunt | |

## NOTICE TO THE APPEALING PARTY

**NOTICE OF APPEAL.** If you did not give Notice of Appeal to the magistrate in open court at the time the judgment was rendered, you may file this written Notice of Appeal with the clerk within ten (10) days after the judgment is entered. You have a right to request a trial by jury. If you do not ask for a jury trial, you will be given a trial by a judge without a jury. You must mail or deliver copies of this form to all of the other parties. If you mail them before filing this form with the Clerk, check the block in the body of the form indicating you have served the parties and fill out the back of the original of this form. If you mail copies after filing this form with the Clerk, you must file a separate certification of service with the Clerk. You must file an answer to the allegation if the complaint is a violation of G.S. 42-63 (criminal activity).G.S. 42-68(3).

**MANDATORY ARBITRATION.** Many counties have mandatory arbitration programs in which appeals from small claims court are heard by an arbitrator before they go to a district court trial. You will be notified if your case is assigned for mandatory arbitration and, if so, what you must do.

**COURT COSTS.** Within twenty (20) days after the magistrate's judgment is entered, you MUST PAY to the clerk, in cash, the court costs for appealing the case, or your appeal will be dismissed. If you cannot afford to pay the appeal costs, you may ask the clerk for the form to appeal as an indigent (AOC-G-106). You must file the form to appeal as an indigent within ten (10) days after the judgment was entered.

**STOPPING ENFORCEMENT OF JUDGMENT. Summary ejectment:** If you are a tenant appealing from a summary ejectment judgment entered against you and you wish to stay on the premises until the appeal is heard, you must SIGN A BOND that you will pay your rent as it becomes due into the Clerk's office; you must PAY IN CASH the amount of rent in arrears as determined by the magistrate; and if the judgment was entered more than five (5) days before the next rental payment is due, you may also have to PAY IN CASH the prorated amount of rent due from the date the judgment was entered until the next rental payment is due. Ask the clerk for the bond form (AOC-CVM-304) to allow you to stay on the premises. If you have not signed this bond and paid the prorated amount of cash within ten (10) days after the judgment was entered, the landlord can ask to have the sheriff remove you from the premises even though the case is being appealed. **Possession of personal property:** If the magistrate's judgment ordered you to return specific personal property to the other party and you wish to continue to hold that property until the appeal is heard, you must sign a bond, signed by at least one surety, that you and the surety will pay any costs and damages if you do not comply with the judgment of the district court. Ask the clerk for the bond form (AOC-CVM-906M). If you have not signed this bond within ten (10) days after the judgment was entered, the other party can ask to have the sheriff take the property from you even though the case is being appealed. **Money judgment:** If a money judgment has been entered against you, you do not need to sign a bond to stop enforcement. The judgment is automatically stayed until the appeal is heard.

## NOTICE TO PARTY NOT APPEALING

If the appealing party has not asked for a jury trial and you wish to have a jury rather than a judge without a jury try your case, you must file a written request for a trial by jury with the clerk within ten (10) days after receiving this Notice and, within the same amount of time, you must mail copies of your written request to the other parties. See section on Mandatory Arbitration above.

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appeal was served by

☐ depositing a copy enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the U.S. Postal Service directed to the ☐ defendant. ☐ defendant's attorney. ☐ plaintiff. ☐ plaintiff's attorney.

☐ delivering a copy personally to the ☐ defendant. ☐ defendant's attorney. ☐ plaintiff. ☐ plaintiff's attorney.

☐ leaving a copy at the ☐ defendant's attorney's office with a partner or employee. ☐ plaintiff's attorney's office with a partner or employee.

☑ Other: Sheriff Department

*DID NOT SERVE Address in HOKE CO.

| Date Mailed/Delivered | Signature Of Person Serving Notice Of Appeal |
|---|---|
| | Deidre Hardin |
| Name And Address Of Person To Whom Mailed/Delivered<br>William E. McCormick<br>217 North Duffie Rd<br>Red Springs, NC | Name Of Person Serving Notice Of Appeal (Type Or Print)<br>Deidre Hardin<br>Title<br>Deputy Sheriff |

FILED
2010 AUG -5 P 4:11
ROBESON COUNTY, C.S.C.
BY________

AOC-CVM-303, Rev. 10/08
© 2008 Administrative Office of the Courts

| | File No. | Abstract No. |
|---|---|---|
| | 10CVM1546 | |

**STATE OF NORTH CAROLINA**

Robeson _____ County

217 North Rd Red Springs

FILED

2011 JAN 29 PM 3:44

ROBESON COUNTY, C.S.C.

By _____

Judgment Book And Page No.

In The General Court Of Justice
District Court Division-Small Claims

Name Of Plaintiff

William E McCormick

**VERSUS**

Name Of First Defendant

Zeddie Green

Name Of Second Defendant

**NOTICE OF APPEAL**

**TO DISTRICT COURT**

G.S. 7A-228, 7A-230

**TO THE CLERK OF SUPERIOR COURT:**

As the ☐ plaintiff ☑ defendant in the above captioned action, I hereby give written Notice of Appeal on the judgment entered. This Notice is given within ten (10) days after the date the judgment in this action was entered.

☐ I certify that today I have served copies of this Notice to all parties involved in this action.

I understand that I must pay to the Clerk of Superior Court the court costs for appeal within twenty (20) days after the magistrate rendered judgment, unless I am authorized to appeal as an indigent, or my appeal will be dismissed.

If I am the defendant, I also understand that in certain cases if I wish to stay execution of the judgment, I may be required to sign a bond and that the plaintiff may have an execution issued after ten (10) days if I have not signed the required bond.

Also, I demand that this Appeal be tried before a ☑ judge. ☐ jury.

| Date Of Entry Of Judgment | Date Of Appeal | Date Costs Paid | Amount Of Court Costs Paid |
|---|---|---|---|
| 7-29-2010 | 7-29-2010 | | $ |
| Signature Of Appealing Party | | Signature Of Appealing Party | |
| Trudy Blunt | | | |

### NOTICE TO THE APPEALING PARTY

**NOTICE OF APPEAL.** If you did not give Notice of Appeal to the magistrate in open court at the time the judgment was rendered, you may file this written Notice of Appeal with the clerk within ten (10) days after the judgment is entered. You have a right to request a trial by jury. If you do not ask for a jury trial, you will be given a trial by a judge without a jury. You must mail or deliver copies of this form to all of the other parties. If you mail them before filing this form with the Clerk, check the block in the body of the form indicating you have served the parties and fill out the back of the original of this form. If you mail copies after filing this form with the Clerk, you must file a separate certification of service with the Clerk. You must file an answer to the allegation if the complaint is a violation of G.S. 42-63 (criminal activity).G.S. 42-68(3).

**MANDATORY ARBITRATION.** Many counties have mandatory arbitration programs in which appeals from small claims court are heard by an arbitrator before they go to a district court trial. You will be notified if your case is assigned for mandatory arbitration and, if so, what you must do.

**COURT COSTS.** Within twenty (20) days after the magistrate's judgment is entered, you MUST PAY to the clerk, in cash, the court costs for appealing the case, or your appeal will be dismissed. If you cannot afford to pay the appeal costs, you may ask the clerk for the form to appeal as an indigent (AOC-G-106). You must file the form to appeal as an indigent within ten (10) days after the judgment was entered.

**STOPPING ENFORCEMENT OF JUDGMENT. Summary ejectment:** If you are a tenant appealing from a summary ejectment judgment entered against you and you wish to stay on the premises until the appeal is heard, you must SIGN A BOND that you will pay your rent as it becomes due into the Clerk's office; you must PAY IN CASH the amount of rent in arrears as determined by the magistrate; and if the judgment was entered more than five (5) days before the next rental payment is due, you may also have to PAY IN CASH the prorated amount of rent due from the date the judgment was entered until the next rental payment is due. Ask the clerk for the bond form (AOC-CVM-304) to allow you to stay on the premises. If you have not signed this bond and paid the prorated amount of cash within ten (10) days after the judgment was entered, the landlord can ask to have the sheriff remove you from the premises even though the case is being appealed. **Possession of personal property:** If the magistrate's judgment ordered you to return specific personal property to the other party and you wish to continue to hold that property until the appeal is heard, you must sign a bond, signed by at least one surety, that you and the surety will pay any costs and damages if you do not comply with the judgment of the district court. Ask the clerk for the bond form (AOC-CVM-906M). If you have not signed this bond within ten (10) days after the judgment was entered, the other party can ask to have the sheriff take the property from you even though the case is being appealed. **Money judgment:** If a money judgment has been entered against you, you do not need to sign a bond to stop enforcement. The judgment is automatically stayed until the appeal is heard.

### NOTICE TO PARTY NOT APPEALING

If the appealing party has not asked for a jury trial and you wish to have a jury rather than a judge without a jury try your case, you must file a written request for a trial by jury with the clerk within ten (10) days after receiving this Notice and, within the same amount of time, you must mail copies of your written request to the other parties. See section on Mandatory Arbitration above.

AOC-CVM-303, Rev. 10/08
© 2008 Administrative Office of the Courts

(Over)

| CIVIL CALENDAR REQUEST |
|---|

(CHECK ONE BELOW)                                              (DATE)

__XXX____ NON JURY PRO SE SESSION _8-19-2010      9 Am 3B ?_

_____ ADMINISTRATIVE SESSION_____

_____ NON JURY DOMESTIC SESSION_____

_____ NON JURY NON DOMESTIC SESSION_____

_____ JURY SESSION _____

**10CV 02247**

_____William E. McCormick___ VS _Zeddie Green___
FILE #            PLAINTIFF(S)              DEFENDANT(S)
_217 North Duffie Road_      _1079 West Parkton_
            ADDRESS                        ADDRESS
_Red Springs, NC 28377_  _Tobemory Road Parkton, NC_

| PLAINTIFF(S) ATTY | DEFENDANT(S) ATTY |
|---|---|
| ATTY. ADDRESS | ATTY. ADDRESS |
| | |

(CHECK)

_____ UNCONTESTED DIVORCE

_____ MATTERS TO BE HEARD WITHIN 10 DAYS

___---___ MOTION IN DOMESTIC CASE WITH CHILD SUPPPORT

_____ MOTION IN DOMESTIC CASE WITH NO CHILD SUPPORT

_____ MOTION IN NON DOMESTIC CASE

_____ TRIAL (MUST BE FILED 28 DAYS PRIOR TO THE 1ST DAY OF THE SESSION)

_____ PRETRIAL CONFERENCE

_____ OTHER_____

(CHECK)

_____ COPY MAILED TO PARTY OR ATTORNEY ON _____
                                                    DATE

_____
NAME

_____
ADDRESS

_____ PARTY SERVED OTHERWISE; SEE RETURN IN FILE
          DATE:_7-29-10_ SIGNATURE _Grady Blunt_

## CIVIL CALENDAR REQUEST

(CHECK ONE BELOW)                                         (DATE)

XXX _____ NON JURY PRO SE SESSION _8 - 19 - 2010_     9 Am 3 B ?

_____ ADMINISTRATIVE SESSION _____

_____ NON JURY DOMESTIC SESSION _____

_____ NON JURY NON DOMESTIC SESSION _____

_____ JURY SESSION _____

10CV02247

_William E. McCormick_ VS _Zeddie Green_
FILE #          PLAINTIFF(S)              DEFENDANT(S)
        _217 North Duffie Road_      _1079 West Parkton_
              ADDRESS                     ADDRESS
        _Red Springs, NC 28377_   _Tobemory Road Parkton, NC_

PLAINTIFF(S) ATTY              DEFENDANT(S) ATTY

ATTY. ADDRESS                  ATTY. ADDRESS

(CHECK)

_____ UNCONTESTED DIVORCE

_____ MATTERS TO BE HEARD WITHIN 10 DAYS

_____ MOTION IN DOMESTIC CASE WITH CHILD SUPPPORT

_____ MOTION IN DOMESTIC CASE WITH NO CHILD SUPPORT

_____ MOTION IN NON DOMESTIC CASE

_____ TRIAL (MUST BE FILED 28 DAYS PRIOR TO THE 1ST DAY OF THE SESSION)

_____ PRETRIAL CONFERENCE

_____ OTHER _____

(CHECK)
_____ COPY MAILED TO PARTY OR ATTORNEY ON _____
                                              DATE

NAME _____

ADDRESS _____

_____ PARTY SERVED OTHERWISE; SEE RETURN IN FILE
      DATE: _7-29-10_ SIGNATURE _Grady Black_

SEQ:006                                                                                PG 1 OF 1

| File No. | STATE OF NORTH CAROLINA |
| 10 CVM 1546 | |

Film No. 10-16

Judgment Docket Book And Page No.

**In The General Court Of Justice**
**District Court Division-Small Claims**

ROBESON _____ County

This action was tried before the undersigned on the cause stated in the complaint. The record shows that the defendant was given proper notice of the nature of the action and the date, time and location of trial.

## JUDGMENT
## IN ACTION TO RECOVER
## MONEY OR
## PERSONAL PROPERTY

G.S. 7A-210(2), 7A-224

**FINDINGS**

The Court finds:
☑ that the plaintiff has proved the case by the greater weight of the evidence.
☐ that the plaintiff has failed to prove the case by the greater weight of the evidence.
that the defendant(s)   ☑ was   ☐ was not present at trial.
☐ Other:

Name And Address Of Plaintiff

MCCORMICK,WILLIAM,E

217 NORTH DUFFIE ROAD

RED SPRINGS        NC    28377

| County | Telephone No. |

**ORDER**

It is ORDERED that:
☐ the plaintiff recover possession of the personal property described in the complaint.
☐ the plaintiff recover possession of the personal property listed below:

☐ the plaintiff recover nothing of the defendant(s) and that this action be dismissed with prejudice.
☐ *(for breach of contract cases)* the plaintiff recover of the defendant(s) the following principal sum and interest accrued to the date of the judgment, plus interest at the legal rate on the principal sum from this day until judgment is satisfied.
☑ *(for tort cases)* the plaintiff recover of the defendant(s) the following principal sum, plus interest at the legal rate from the date the action was instituted until judgment is satisfied.
☐ Other: *(specify)*

**VERSUS**

Name And Address Of Defendant 1
GREEN,ZEDDIE

1079 WEST PARKTON
TOBEMORY ROAD (EVERGREEN CTR)
PARKTON        NC

| County | Telephone No. |
| ROBESON | |

Name And Address Of Defendant 2

☑ Costs of this action are taxed to the   ☐ plaintiff.   ☑ defendant.

| Principal Sum Of Judgment | $ 2399.60 | Name Of Judgment Debtor(s) From Whom Amount Recovered |
| Amount Of Interest Not Included In Principal | $ | ☑ Judgment Announced And Signed In Open Court |
| Attorney's Fees Or Other Damages *(when appropriate)* | $ | Date 07-23-10   Signature Of Magistrate |
| TOTAL AMOUNT | ▶ $ 2399.60 | Name Of Party Announcing Appear In Open Court |

| County | Telephone No. |

Name And Address Of Plaintiff's Attorney

**CERTIFICATION**

**(NOTE:** *To be used when magistrate does not announce and sign this Judgment in open court at the conclusion of the trial.)*
I certify that this Judgment has been served on each party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature Of Magistrate |

AOC-CVM-400, Rev. 7/06
© 2006 Administrative Office of the Courts

**File No.** 10CVM01546

## COMPLAINT
## FOR MONEY OWED

G.S. 7A-216, 7A-232

**STATE OF NORTH CAROLINA**

Robeson
Robenson                County

In The General Court Of Justice
District Court Division-Small Claims

1. The defendant is a resident of the county named above.
2. The defendant owes me the amount listed for the following reason:

Name And Address Of Plaintiff
William E McCormick
217 North duffie Road
Red Springs N.C. 28377

| | |
|---|---|
| Principal Amount Owed | $ 2399·60 |
| Interest Owed *(if any)* | $ O |
| Total Amount Owed | $ 2399·60 |

Social Security No./Taxpayer ID No.
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

| County HOKE | Telephone No. 910-904-3038 |
|---|---|

**(check one below)**

**VERSUS**

Name And Address Of Defendant 1   ☒ Individual   ☐ Corporation
Zeddie Green
1079 West Parkton
Tobemory Road Pktn N.C.
(EverGreen Rehabilitation)
Center

| County Robeson Robenson | Telephone No. 910-858-3874 |
|---|---|

Name And Address Of Defendant 2   ☐ Individual   ☐ Corporation

15
& C.S.C.
A    COUNTY.
-b
2010   ROBESON
BY

County   Telephone No.

Name And Address Of Plaintiff's Attorney

| ☐ On An Account (attach a copy of the account) | Date From Which Interest Due | | Interest Rate |
|---|---|---|---|
| ☐ For Goods Sold And Delivered Between | Beginning Date | Ending Date | Interest Rate |
| ☐ For Money Lent | Date From Which Interest Due | | Interest Rate |
| ☐ On a Promissory Note *(attach copy)* | Date Of Note | Date From Which Interest Due | Interest Rate |

☐ For a Worthless Check *(attach a copy of the check)*

☐ For conversion *(describe property)*

☒ Other: *(specify)* I started to work For EverGreen Rehabilation Center
on 7-6-09 as an security officer at 8:00 dollar per hours.
on 8-13-09 I was Promoted to the 3RD shift Commander at
$9.55 per hour. I have contacted, mr Blue, Z. Green + A. Green
About my money, But they still have not Payed me.

I demand to recover the total amount listed above, plus interest and reimbursement for court costs.

| Date 7-6-10 | Signature Of Plaintiff Or Attorney William E Mc Cormick |
|---|---|

AOC-CVM-200, Rev. 10/04
2004 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA

Robeson
Robenson _____ County

File No. CVM01546

In The General Court Of Justice
District Court Division-Small Claims

*Plaintiff(s)*
William E. McCormick
217 North Duffie Road
Red Springs N.C. 28377

## MAGISTRATE SUMMONS

☐ **ALIAS AND PLURIES SUMMONS**

**VERSUS**

*Defendant(s)*
Zeddie Green
1079 West Parkton
Tobemory Road PKtN N.C.

G.S. 7A-217, -232; 1A-1, Rule 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

TO: | TO:
*Name And Address Of Defendant 1*
Zeddie Green
1079 West Parkton
Tobemory Road PKtN N.C.

*Name And Address Of Defendant 2*

### A Small Claim Action Has Been Commenced Against You!

You are notified to appear before the magistrate at the specified date, time and location of trial listed below. You will have the opportunity at the trial to defend yourself against the claim stated in the attached complaint.

You may file a written answer, making defense to the claim, in the office of the Clerk of Superior Court at any time before the time set for trial. Whether or not you file an answer, the plaintiff must prove the claim before the magistrate.

If you fail to appear and defend against the proof offered, the magistrate may enter a judgment against you.

*Date of Trial*
7-29-2010

*Time Of Trial*
9:00  ☒ AM  ☐ PM

*Name And Address Of Plaintiff Or Plaintiff's Attorney*

*Location Of Court*
4A Lumberton

*Date Issued*
7-5-2010

*Signature*

☒ *Deputy CSC*  ☐ *Assistant CSC*  ☐ *Clerk Of Superior Court*

AOC-CVM-100, Rev. 4/01
©2001 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | | Name Of Defendant | |
|---|---|---|---|---|---|
| 7-8-10 | 3:00 | ☐ AM | ☒ PM | Zeddie Green | (Stated in Res Site) |

☒ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

ROBESON COUNTY, C.S.C.  2010 JUL -9 P 1: 32

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | | Name Of Defendant |
|---|---|---|---|---|
| | | ☐ AM | ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copy Left (If Corporation, Give Title Of Person Copy Left With)*

☐ Other manner of service: *(specify).*

☐ Defendant WAS NOT served for the following reason:

### FOR USE IN SUMMARY EJECTMENT CASES ONLY

☐ Service was made by mailing by first class mail a copy of the summons and complaint to the defendant(s) and by posting a copy of the summons and complaint at the following premises.

| Date Served | Name(s) Of The Defendant(s) Served By Posting |
|---|---|
| | |

*Address Of Premises Where Posted*

| Service Fee | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | Keith McMillin |
| Date Received | Name Of Sheriff (Type Or Print) |
| 7-5-10 | Kenneth Sealey |
| Date Of Return | County Of Sheriff |
| 7-9-10 | Robeson |

AOC-CVM-100, Side Two, Rev. 4/01
©2001 Administrative Office of the Courts

STATE OF NORTH CAROLINA
COUNTY OF ROBESON

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
(Small Claims)

File # _____ Thru _____
Includes ___ / ___ Small Claims Actions.

_William Mc Cormick_

_vs_

_Zoddie Moore_

PLAINTIFF'S COURT NOTIFICATION

TO THE PLAINTIFF NAMED ABOVE:

You are hereby notified that the above numbered cases have been scheduled for trial before the magistrate holding Small Claims Court on the date, time and location shown below. You will not receive any further notification unless the summons is returned "UNSERVED", in which case a notice of nonservice will be mailed to you. In case summons is returned "UNSERVED", your failure to have an alias summons issued will result in an "Order of Discontinuance" being placed in the file.

If the hearing date is changed, you will be notified by telephone or mail of the new hearing date.

Renae O. Hunt
Clerk of Superior Court

_Handl Linane_
Assistant/ Deputy Clerk of Superior

Court Date: ___7-29-10___

Time : ___9:00 AM___

Place : ___EO 4A 1 Robn___

COPY-MAILED-GIVEN- TO PLAINTIFF, DATE: ___7-6--10___

If you furnished us with duplicate list of the defendants, your copy is attached showing each individual file number beside the names.

When requesting a Writ of Possession/Execution or for information on a particular case if you provide us with the file number we will be able to assist you more efficiently and expediently.

Small Claims DOC.